UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  21-CR-20123-BLOOM

UNITED STATES OF AMERICA,

　　　Plaintiff,

vs.

EMRAAN ALI,

　　　Defendant.

_____/

**NOTICE OF REQUEST FOR DISCLOSURES OF
EXPERT WITNESS SUMMARIES**

The defendant, through undersigned counsel, files this notice of request for disclosures of expert witness summaries pursuant to Fed. R. Crim. P. 16(a)(1)(G) and the Standing Discovery Order.

The defendant requests disclosure of any and all expert testimony by way of a "written summary of any testimony that the government intends to use under Rules 702, 703, or 705 of the Federal Rules of Evidence during its case-in-chief at trial". Further, "The summary provided under this subparagraph must describe the witness's opinions, the bases and reasons for those opinions, and the witness's qualifications."

Respectfully submitted,

_____/S/_____
Khurrum B. Wahid
Counsel for Emraan Ali
Wahid Vizcaino Geller LLP
2103 Coral Way, Suite 401
Miami, FL 33145
(305)444-4303

(305)444-4302 Fax

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of June, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either by electronic transmission generated by CM/ECF, or in some other manner for those counsel or parties who are not able to receive electronic filings.

Respectfully submitted,

Wahid Vizcaino Geller, LLP
2103 Coral Way, Suite 401
Miami FL 33145
Phone: (305) 444-4303
Fax: (305) 444-4302
khurrum@wvglegal.com


_____/s/_____
Khurrum B. Wahid
FL Bar No. 178764