## ADVICE OF RIGHTS

We are law enforcement agents from the Federal Bureau of Investigation.  Even though we are not in the United States, United States laws provide you with certain rights in your dealings with us.  Before we ask you any questions, you must understand your rights:

You have the right to remain silent.  Even if you have already spoken to others, you do not have to speak to us now.  The fact that you made any statements at a previous time does not obligate you to speak with us now.

Anything you say can be used against you in court.

You have the right to talk to a lawyer for advice before we ask you any questions.

You have the right to have a lawyer with you during questioning.

If you cannot afford a lawyer, you have the right to have one appointed for you before any questioning, if you wish.

However, our ability to provide you with counsel at this time may be limited by the decisions of the local authorities or the availability of an American-trained attorney.

If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time.

## CONSENT

I have read this statement of my rights and I understand what my rights are.  At this time, I am willing to answer questions without a lawyer present.

Name: _EMRAAN, ALI_

Signature: _____

Witness Name: _SA Jeremy Moore_

Witness Signature: _____

Date/Time/Place: _8/7/2019, 11:25 a.m., Ayn Issa Prison, Syria_