<u>وثيقة تفاهم و تسليم</u>

بناء على طلب من حكومة الولايات المتحدة الامريكية و استنادا على رغبة المعتقل

.................المدرج اسمه في هذه الوثيقة ؛ تسلم القيادة العامة لقوات سوريا الديمقراطية المعتقل

الامريكي الجنسية الذي انضم الى تنظيم داعش الارهابي ويأتي هذا التسليم ايمانا منا بالعمل المشترك ضد

الارهاب و التعاون الوثيق مع حكومة الولايات المتحدة الهادفة الى الامن والاستقرار و السلم الاهلي وتأتي

عملية التسليم هذه بناء على الرغبة الحرة للمعتقل...................بالعودة الى بلده دون اكراه مادي أو معنوي

**وعليه تلتزم القيادة العامة قوات سوريا الديمقراطية بما يلى**

1-ان المعتقل ...............؛بحالة صحية وجسدية سالمة تماما

2-لم يتعرض المعتقل ........... لأي ضغط معنوي او جسدي لكي يغادر الى بلده

3-لم يتعرض المعتقل ........... اثناء فترة تواجده على اراضي شمال – شرق سوريا وكذلك أثناء فتره

التحقيق معه لأي ضغط أو عنف معنوي أو مادي ، بل على العكس تمت المعاملة على اساس احترام حقوق الانسان

4- تلتزم القيادة العامة لقوت سوريا الديمقراطية بما ذكر أعلاه و هي غير مسؤولة أو معنية بأي تصرف او تصريح رسمي بما يخالف الالتزامات المذكورة أعلاه

5-قوات سوريا الديمقراطية لن تتحمل أي مسؤولية بعد توقيع مذكرة استلام المعتقل من ممثلين عن حكومة الولايات المتحدة الامريكية

<u>اسم المعتقل ...........الذى سوف يتم تسليمه :</u>

1- عمران علي

2- جمريا علي

| ممثل القيادة العامة لقوات سوريا الديمقراطية | ممثل حكومة الولايات المتحدة الامريكية |
|---|---|
| الاسم الكامل ...جهاد كوباني | الاسم الكامل ...THOMAS JOnES |
| الرتبة ممثل قوات سوريا الديمقراطية | الرتبة ...OSC |
| التاريخ ...28 /9 /2020 | التاريخ ...9/28/20 |
| المكان و التوقيت ...N.L.Z 11:00 | المكان و التوقيت ...NLZ |
| التوقيع ...Biwar | التوقيع ... |

## Memorandum of Understanding and Handing Over

At the request of the US government and based on the wishes of…….. detainee‹the General Command of Syrian Democratic Forces (SDF) hands over one …….detainee‹who his name is attached to this document and who joined to ISIS terrorist organization.this handing over is based on our belief in in joint action against terrorism and close cooperation with the US government aiming to security‹ stability and civil peace ‹ this process of handing over is based on the free desire of the ……..detainee to be repatriated to their country without any physical or mental coercion or pressure.

Accordingly, the General Command of Syriany Democratic is committed to:

1- The …….detainee is in a very healthy and physical condition.
2- The ………..detainee was not subjected to any mental or physical pressure to be repatriated to his country …….
3- The ……..detainee was not subjected to any pressure , mental or physical violence during the period of interrogation and his presence in northern Syria, but on the contrary , his human rights were respected .
4- The General command of Syrian Democratic forces is committed to what is mentioned above and is not mentioned above .
5- SDF is not responsible of detainee after the signing of this document by the US Government Representative.

Name of ………..citizen who will be handed over is;
1-

Name and signature

US government representative

Full name: THomAS JONES

Position: OSC

Date: 9/28/20

Location &Date: NCT

Signature:

SDF General command representative

Full name: Dawlas kobane

Position: قائد قوات سوريا الديمقراطية

Date: 4 /9 /2020

Location &Date: N12

Signature:

**<u>Memorandum of understanding and handing over</u>**

At the request of the U.S. government and based on the wishes of detainee …….
whose name is listed in this document; the general command of the Syrian Democratic Forces hands over the American detainee who joined the ISIS terrorist organization. This handing over is based on our belief in joint collaboration against terrorism and close cooperation with the U.S. government, for the purpose of security, stability and civil peace. This handing over process comes on the free will of the detainee ………. to be repatriated to their country without any physical or mental coercion.

**<u>Accordingly, the general command of the Syrian Democratic Forces is committed to the following:</u>**

1- Detainee ……………….. is healthy and in a good physical condition.
2- Detainee ……………….. was not subjected to any mental or physical pressure to be repatriated to his country.
3- Detainee ……………….. was not subjected to any pressure, mental of physical harm, during his interrogation and his presence in northern Syria. On the contrary, his human rights were respected.
4- The general command of the Syrian Democratic Forces is committed to what was mentioned above and is not responsible or concerned with any official act or statement in contravention of the above mentioned obligations.
5- The Syrian Democratic Forces is not responsible after the signing of this handing over document by representatives of the U.S. government.

**<u>Name of detainee who will be handed over:</u>**

1- 'Umran 'Ali
2- Jihad 'Ali

| **<u>U.S. government representative</u>** | **<u>SDF general command representative</u>** |
|---|---|
| Full name: Thomas Jones | Full name: Dijwar Kobané |
| Rank: OSC | Rank: SDF representative |
| Date: 9/28/20 | Date: 28/9/2020 |
| Location & Date: NLZ | Location & Date: NLZ 11:00 |
| Signature: [Signature] | Signature: [Signature] |

1