✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| Southern District | DISTRICT OF | Florida |
|---|---|---|

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| EMRAAN ALI | Case Number:  21-CR-20123-BLOOM |

| PRESIDING JUDGE<br>The Honorable Beth Bloom | PLAINTIFF'S ATTORNEY<br>Jonathan D. Stratton and Karen Gilbert | DEFENDANT'S ATTORNEY<br>Khurrum Wahid |
|---|---|---|
| TRIAL DATE (S)<br>Hearing date: November 17, 2022 | COURT REPORTER | COURTROOM DEPUTY<br>Elizabeth Gariazzo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | September 28, 2020, Transcript of Recorded Interview |
| 2 | | | | | Affidavit of Emraan Ali |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ____1____ Pages