UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO:  21-CR-20123-BLOOM

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

EMRAAN ALI,

      Defendant.

_____/

### AFFIDAVIT OF EMRAAN ALI IN SUPPORT OF HIS MOTIONS TO SUPPRESS STATEMENTS

1. In March of 2019 I surrendered to the Syrian Defense Forces (SDF) near Baghouz, Syria.

2. I was taken to the United States checkpoint at Tanak oil fields.

3. I was held at this checkpoint which had both United States military and SDF military persons.

4. I was interviewed by the Americans. I was in custody. I was questioned. I was not read anything that advised me I have the right to an attorney.

5. We moved to a military base about 40 minutes' drive away. My two sons and I were held on that base for approximately 12 days.  We were placed in what I would call a storage room. It was near the information booth but inside the security barriers.

6. My boys Jihad, Islam, and I were next transferred to a prison. I believe it was known as Hakah Omar. We were here for three days. There were many injured people kept at this place. There was screaming all day and no one would come to help.

7. When loading us in the truck a guard grabbed my beard and started beating me. After a while, another guard said to him "they are Americans leave them" at Shadadi. We always were given the belief from the SDF guards, that the Americans knew where we were and kept us at Shadadi for a reason.

8. We were then moved to Al-Shadadi prison. Jihad and I would be here until late July 2019. Islam was separated from us for about one month.

9. At Shadadi prison, they put us in a room approximately 25'x 12' with approximately 60 people, 1 toilet, 1 sink, no windows, an exhaust wall fan, and power was supplied by a generator. It was cut off sometimes for fuel so people would faint for lack of air to breathe. Some they would take to get fresh air. Some returned but some disappeared.

10. I was questioned by the Americans here at Shadadi prison.

11. According to other inmates who were in our part of the jail, the United States authorities would interview the inmates and the ones that did not cooperate would be taken out late at night and beaten with a cable, waterboarding, or electric shock by the Kurdish guards. After interviews, some returned to my cell in bad conditions, and some disappeared.

12. I specifically recall one person who was taken and brought back in a wheelchair. He was tossed on the floor. He said the guards tortured him because he was not talking.

13. Islam was separated from us for approximately one month after I told the American who questioned me that Islam was here with us and had been mistreated. I did not see it, but Islam later told me he had been beaten several times and he broke out with boils and rashes all over his body due to the terrible conditions.

14. We all got scabies and boils. For the entire time in the prison, we only had 1 pair of pants, 1 shirt, and no toothbrush or toothpaste. At times there was no water for 3 days and when

water came it was only 20 minutes. The rooms had no windows and whenever they moved you, we were blindfolded and cuffed.

15. In July we were moved to Malekia prison. I believe we were there for almost three weeks.

16. We were blindfolded and handcuffed as soon as we arrived. I think we were a group of approximately 110 people. Guards started beating everyone with pipes, gun butts, and cables from the time we arrived.

17. My first day in Malekia, while in cuffs and blindfolded they hit me about 5 times, and I fell down. I pretended I was dying, and I am old so I asked for help. The ones that were younger and stronger were beaten badly and they put 55 of us in a basement room approximately 25' x 20' with no ventilation except two 6" x 6" holes on the top of the wall that was above the ground level.

18. This room was hot and it was hard to breathe. The floor was wet and moisture started dripping from the ceiling and pipes. The air was cloudy and when we asked for help they threatened to beat us. We managed to survive by taking turns to fan a group of the most heat impacted with a blanket. No one could sleep that night. At one point, we decided to bang on the door and face the consequences because if not we were going to die. When the guards came, they were armed. When the guard in charge saw the conditions, we were in and that they themselves could not breathe even to beat us, they started moving out the ones who were in worst condition first then eventually all of us.

19. At the end of July or maybe start of August 2019 we were transferred to Ayn Issa prison. Along the way we spent one night in Hasaka prison.

20. When we arrived at Ayn Issa they stripped us naked and gave us ointment for scabies. Then they put me and my two sons in the Muffarda, the Black Hole.  It had no lights, and it is a room approximately 20' x 15' with concrete black small rooms of approximately 6' x 5' on both sides. Each room had a steel door. Each 6' x 5' room had a window in the door for food.  When the door was closed and the window in the door was closed the room is pitch black. That is why it was called the Black Hole.

21. There we met a guy who did not cooperate according to the guards so his brother died and he is crippled from the beating by the Kurds. His name is Hasan Aiban but we call him "Kossovo".

22. Once a day they would give us food and let us use the toilet. All 3 of us, my boys and I, were put in one 6' x 5' room together.

23. I got sick from the lack of air, so they took me out of the small room and into the hall to get some air.

24. It was directly from the Black Hole I was taken to speak to the U.S. authorities.

25. The agents interviewed the boys first and then separated us after the interviews. They interviewed me last.

26. I was read my rights. I asked for a lawyer, but they said they cannot provide one but if I cooperate, they would be able to help. My boys and I had been in terrible conditions for months. I was afraid we could be disappeared, and no one would know or care. This fear of being beaten or disappeared was at the forefront of my mind when I agreed to speak to the Agents without a lawyer on August 7 and 8 of 2019. I was desperate to get us out of the Black Hole and back to Trinidad. Once I was told there was no lawyer, I said what can I do, I do not have a choice. The agents will help us get home.

27. The interview room is set up with cameras. There was a woman who was an interpreter. I assume to translate what I said in English for the SDF guard who was also in the room. It was the SDF guard who was from the Black Hole who was standing in the room with us.

28. There were two FBI agents who questioned me.

29. After the interview, I was returned to the Black Hole. I stayed there for 42 days by myself. One of the bosses asked the guard why I was still there and he said it was based upon instructions from the U.S.

30. They had separated the sick people from the general population who had hepatitis and tuberculosis and put them in the Black Hole where I was.

31. I was placed in general population after 42 days. After approximately 6 months, someone started bombing the area. We had no food for 2 days. Then, they loaded us in dump trucks and took us to Tabka.

32. I was in Tabka for about one week. Then I was moved with my sons to Al-Hasaka prison.

33. I met with the Americans three times while I was in Hasaka.

34. The Americans eventually learned of Islam's age and moved him away from me to some youth prison.

35. I was at Al-Hasaka until late September of 2020 when we were placed on a plane.

36. On the plane I asked for a lawyer.

37. At no time while I was in jail in Syria did I ever have access to a lawyer or communication with my other family members. I was never brought before any Judge or Court in Syria or charged with any crime in Syria.

I Emraan Ali, declare under penalty of perjury that the foregoing is true and correct.

Dated this _16_ day of _NOVEMBER_, 2022.

Defendant

BEFORE ME, the undersigned authority, personally appeared Emraan Ali, who affirms and says

that he/she as read the foregoing document, he knows the contents thereof and that the same are

true and correct.

AFFIRMED and SUBSCRIBED before me this __16__ day of __Nov__ 2022.



KHURRUM WAHID
Notary Public - State of Florida
Commission # GG 946533
My Comm. Expires Feb 24, 2024
Bonded through National Notary Assn.

Notary Public, State of Florida at Large

Khurrum Wahid

Printed Name of Notary