# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: _____

Plaintiff

v.

Defendant

## GOVERNMENT'S EXHIBIT LIST
## FOR NOVEMBER 17, 2022 SUPPRESSION HEARING

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.