| Name | Name [Transliterated] | Census number | Section | Weapon | Owner | Weapon number | Magazines | C: possibly Gun) | Barrel | Shoes | Jacket | Fur | Socks | Suit/uniform | Column5 | Column6 | Column7 | Column8 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ابو هشام الباكستاني | Abu-Hisham al-Pakistani [TC: Pakistan] | 1200015487 | Reconnaisance | Chinese Kalashnikov | State | CE21803 | 6 | 2 | 1 | 1 | 1 | 1 | 1 | 1 | | | | |
| ابو إبراهيم الباكستاني | Abu-Ibrahim al-Pakistani [TC: Pakistan] | 1200011785 | Reconnaisance | Circle 11 Kalashnikov | State | 1980BE19326 | 4 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو جندل اللبناني | Abu-Jandal al-Lubnani [TC: Lebanon] | 1200013894 | Reconnaisance | Russian Kalashnikov | State | kh1968 5655 | 8 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو عبد الرحمن القيرواني | Abu-'Abd-al-Rahman al-Qayrawani [TC: Kairouan, Tunisia] | 1200012008 | Reconnaisance | Russian Kalashnikov | State | ak1147k | 5 | 2 | 1 | 1 | 0 | 0 | 1 | 1 | | | | |
| ابو عبد الله الانصاري | Abu-'Abdallah al-Ansari [TC: Local Fighter] | 12001883694 | Reconnaisance | Chinese Kalashnikov | State | 31356 | 5 | 3 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو راشد الانصاري | Abu-Rashid al-Ansari [TC: Local Fighter] | 12000148537 | Reconnaisance | Russian | State | 1276kj | 6 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو هاني اللبناني | Abu-Hani al-Lubnani [TC: Lebanon] | 12001657006 | Reconnaisance | Russian Kalashnikov | Personal | 1974 759 | Personal | 2 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو أسامة الأمريكي | Abu-Usamah al-Amriki [TC: America] | 1200151456 | Reconnaisance | Russian Kalashnikov | Personal | 1865 | 5 | 3 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو عزام المالديفي | Abu-'Azzam al-Maldivi [TC: Maldives] | 1200015435 | Reconnaisance | None | State | None | 2 | 1 | 1 | 0 | 0 | 0 | 1 | 1 | | | | |
| ابو الليث الحمصي | Abu-al-Layth al-Homsi [TC: Homs, Syria] | 12001670727 | Reconnaisance | Chinese Kalashnikov | State | 28110972 56 | 5 | 2 | 1 | 1 | 0 | 1 | 1 | 1 | | | | |
| ابو عبيدة الصحراوي | Abu-'Ubaydah al-Sahrawi | 1200015191 | Reconnaisance | Russian Kalashnikov | Personal | 2464 | 6 | 2 | 1 | 1 | 0 | 0 | 1 | 1 | | | | |
| ابو حمزة الباكستاني | Abu-Hamzah al-Pakistani [TC: Pakistan] | 1200014473 | Reconnaisance | Russian Kalashnikov | State | 1975 858825 | 5 | 2 | 1 | 1 | 0 | 1 | 1 | 0 | | | | |
| عبد الواحد داغستاني | 'Abd-al-Wahid Daghistani [TC: Dagestan, Russia] | 1200011328 | Reconnaisance | Russian Kalashnikov | State | 1977 113730 | 5 State | 4 | 1 | 1 | 0 | 1 | 1 | 0 | | | | |
| ابو مريم السيلاتي | Abu-Maryam al-Silati | 1200012286 | Reconnaisance | Russian Kalashnikov | State | t1243 | 6 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو الهيجاء الجزراوي | Abu-al-Hayja' al-Jazrawi [TC: Saudi Arabia] | 12001541509 | Reconnaisance | Russian Kalashnikov | State | 1977 | 2 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو عاطف الهندي | Abu-'Atif al-Hindi [TC: India] | 1200013594 | Reconnaisance | Chinese Kalashnikov | State | 53029094 | 2 | 2 | 1 | 1 | 0 | 1 | 1 | 0 | | | | |
| ابو نادر الداغستاني | Abu-Nadir al-Dagestani [TC: Dagestan, Russia] | 1200011193 | Reconnaisance | Chinese Kalashnikov | State | 386 | 5 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو محمد الشامي | Abu-Muhammad al-Shami [TC: Syria] | 1200014440 | Reconnaisance | Russian Kalashnikov | State | 6991 | 4 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| عبد الله الشيشاني | 'Abdallah al-Shishani [TC: Chechnya, Russia] | 1200013680 | Reconnaisance | German Kalashnikov | State | C00533 | 8 | 4 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| عمر داغستاني | 'Umar Daghistani [TC: Dagestan, Russia] | 1200011944 | Reconnaisance | German Kalashnikov | State | 76EG 1516 | 6 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| محمد قريش | Muhammad Quraysh | 1200017508 | Reconnaisance | Russian Kalashnikov | State | KT2978 | 4 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو عبدالله الكوردي | Abu-'Abdallah al-Kurdi [TC: Kurdish] | 1200017823 | Reconnaisance | Russian Kalashnikov | State | 1986s | 5 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو أسامة الكردي | Abu-Usamah al-Kurdi [TC: Kurdish] | 1200013208 | Reconnaisance | Russian Kalashnikov | State | 3540 | 4 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو عبد الله الباكستاني | Abu-'Abdallah al-Pakistani [TC: Pakistan] | 1200018637 | Reconnaisance | Chinese Kalashnikov | State | 236789hj | 7 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو البراء الأسترالي | Abu-al-Bara' al-Australi [TC: Australia] | 1200016132 | Reconnaisance | Russian Kalashnikov | Personal | RK3311 | 4 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو محمد خراساني | Abu-Muhammad Khurasani [TC: Afghanistan] | 12001035560 | Reconnaisance | Hungarian Kalashnikov | State | ED2326 | 6 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| عبد الرحيم السيلاتي | 'Abd-al-Rahim al-Silati | 1200011111 | Reconnaisance | Kalashnikov grenade launcher | State | 1974162404 | 5 | 2 | 1 | 1 | 0 | 0 | 1 | 1 | | | | |
| ابو مغيرة الانصاري | Abu-Mughayrah al-Ansari [TC: Local Fighter] | 1200019138 | Reconnaisance | Bulgarian Kalashnikov | Personal | wr1233 | 4 | 2 | 1 | 1 | 0 | 0 | 1 | 1 | | | | |
| ابو عائشة البحريني | Abu-'Ai'shah al-Bahrayni [TC: Bahrain] | 1200012688 | Reconnaisance | German Kalashnikov | State | Q1116 | 2 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو عبدالله السيلاتي | Abu-'Abdallah al-Silati | 1200013897 | Reconnaisance | Russian Kalashnikov | State | 2219 | 5 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو عبادة الكردي | Abu-'Ibadah al-Kurdi | 1200189040 | Reconnaisance | Russian Kalashnikov | Personal | 5530 | 6 | 3 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو عمر النجدي | Abu-'Umar al-Najdi [TC: Najd, Saudi Arabia] | 12001808235 | Reconnaisance | Russian Kalashnikov | State | 1080 | | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو حمد الجزراوي | Abu-Hamad al-Jazrawi [TC: Saudi Arabia] | 12000180807 | Reconnaisance | German Kalashnikov | State | A 7718 | 5 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو مصعب الشملي | Abu-Mus'ab al-Shimali | 1200015416 | Reconnaisance | Russian | State | kt4567 | 4 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو بلال الشامي | Abu-Bilal al-Shami [TC: Syria] | 12001458035 | Reconnaisance | Russian Kalashnikov | State | 8560 | | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو عائشه الباكستاني | Abu-'Ukashah al-Pakistani [TC: Pakistan] | 1200013222 | Reconnaisance | Tabuk Kalashnikov | State | 357146 | 6 | 2 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| عمر الفاروق الهندي | 'Umar al-Faruq al-Hindi [TC: India] | 12001168067 | Reconnaisance | Chinese Kalashnikov | State | 4530 | 5 | 1 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو حمود النجدي | Abu-Hammud al-Najdi [TC: Najd, Saudi Arabia] | 1200013939 | Reconnaisance | Russian Kalashnikov | State | 3450 | | 1 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو خالد المهاجر | Abu-Khalid al-Muhajir [TC: Foreign fighter] | 1200015673 | Reconnaisance | Russian Kalashnikov | State | 44441 | 6 | 3 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو بكر الكردي | Abu-Bakr-Kurdi [TC: Kurdish] | 1200017116 | Reconnaisance | Russian Kalashnikov | State | 54678 | | 1 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| عبد الهادي التريليدادي | 'Abd-al-Hadi al-Trinidadi [TC: Trinidad and Tobago] | 12000138922 | Reconnaisance | Russian Kalashnikov | Personal | 70326 | 14 | 4 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو جهاد التريليدادي الأمريكي | Abu-Jihad al-Trinidadi al-Amriki [TC: Trinidad/America] | 1200017746 | Reconnaisance | m4 | Personal | 67803 | | | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| حمزة اوزبكي | Hamzah Uzbaki | 1200060675 | Reconnaisance | Russian Kalashnikov | State | 1020 | 1 | 4 | 1 | 1 | 0 | 0 | 1 | 0 | | | | |
| ابو علي حريتان | Abu-'Ali Huraytan | 12001194903 | Administration | Chinese Kalashnikov - personal | | 5 | 0 | 1 | 0 | 1 | 1 | 1 | 0 | | | | | |

**TN: Translator's Notes**
[TN: All names were transliterated phonetically]