UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 21CR20123-BB

UNITED STATES OF AMERICA,
   *Plaintiff*,

vs.

EMRAAN ALI,
   *Defendant*.

_____/

**SENTENCING MEMORANDUM**

The defense respectfully submits this document and accompanying exhibits to aid the Court's determination of an appropriate sentence for Mr. Emraan Ali. Below are factors delineated in 18 U.S.C. § 3553(a), which allow the Court additional basis to sentence Mr. Ali below the bottom of his guidelines range. This memorandum is a request for a variance below the bottom of the U.S.S.G. United States v. Booker, 553 U.S. 220 (2005).

The yardstick is now a sentence "sufficient but not greater than necessary" to accomplish the stated goals of sentencing [in §3553(a)(2)]. There is "the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct" [§3553(a)(6)], and the need "to promote respect for the law, and to provide just punishment for the offense" [§3553(a)(2)(A)]." United States v. Ranum, 353 F. Supp.2d at 987 (E.D. Wisc. 2005). Reasonableness is the overarching factor to determine a sentence and the guidelines are only one element of determining what is reasonable. Kimbrough v. U.S., 552 U.S 85, 90 (2007). The standards governing departures do not bind a district court when employing its discretion with respect to variances. United States v. Chase, 560 F.3d 828 (8th Cir. 2009). Courts have reduced sentences by up to a third and this has been found reasonable. United States v. Jenkins, 537 F.3d

1

1(1st Cir 2008). Up to an eight level departure downward from the guidelines has been deemed reasonable. United States, v. Menyweather, 431 F.3d 692 (9th Cir. 2005).

NATURE AND CIRCUMSTANCES OF THE OFFENSE

Mr. Emraan Ali has pled guilty to one count of material support of terrorism by traveling to Syria with his family in March of 2015 to live under ISIS controlled territory. Mr. Ali provided statements to the FBI on three occasions. August 7th and 8th of 2019 while a prisoner in Syria. These statements were not recorded and the only record will be the FBI 302's of that set of interactions. Another statement was provided to the FBI fly team on September 28, 2020 on a plane from Syria to Miami. (See Exhibit A, attached complete United States Attorney's Office official transcript.[1] )  The following story of Emraan's journey cites to this transcript.

When asked why he went to Syria, Emraan responded.

EA: And he would keep [UI]. And he would say all these good things was happening like, uh, like, this is what we dream. Have the children go from [UI from 32:19-32:41] the river, have a picnic. Page 22.

Talking about his own experience in the mandatory training, Emraan stated.

EA: They want you to take the [UI]. And like, some people take 2 weeks, some people like one month. Depends on the time [UI]. And, uh, then after that, they would um, the same classes, uh put you through the military training, like this. And for me, I broke away. I couldn't take it. I ran away. Yeah, they told me I had to go back or I could get in trouble. And uh, the Trinidadian [UI]. But they still [UI from 35:09-35:14] they would be spying on us. Investigating –

JC: So, when you ran away, they, they thought that maybe you were a spy and they talked to you for a little bit?

EA: Because, after the um, the [UI from 35:23-35:30].
Page 23 to 24.

Information was limited to what he was provided in the mosque of Rio Claro.

---

[1] The Assistant United States Attorney advised, after inquiry by defense counsel, this transcript did not need to be submitted under seal.

EA: And this is something that [UI]. It is something that the Imam, he, he teaches. Because I mean, he used a lot of evidence from the past that [UI] what happened. I can't remember everything now. You know I remember going with him in the mosque and most of the people in the mosque would think like this, that the, that the West they don't like Muslims, and they, they always will fight against you, and and give you a hard time and [UI from 43:49-43:56].
Page 28.

When asked about the Flames of War video as an example of what actions and philosophy ISIS employs Emraan responded.

EA: [UI] I don't remember everything they're the first ones I watched, but, um, we, going there, I, I never, I'm not, uh, I never like was involved in those things and I didn't [UI] so I never thought about [UI].

JC: So, what did you expect to do?

EA: [UI from 46:48-46:51] this society, where [UI] we were reading about this perfect society, where we have a [UI] community where everyone is really helping each other. And you go there and it's like you're brother to the next one, and they have that love and that brotherhood you have, you, your children are not exposed to any of these, [UI] alcohol, smoking, uh, uh, sex, uh uh, the partying, [UI] Trinidad have [UI from 47:28-47:41] I try my best, my children, I said I don't want them to go through what I went through. Because I, for me I, um, I, I see these things, [UI] teachings, if you want to be somebody who's, uh, you know being a good Muslim, [UI] these things. [UI] these things I say, I [UI], what this, the Khalif, he said, this is your, your, your, uh [UI] come to live. If you want to fight then that's their business. If you want [UI from 48:10-48:34].

JC: So, what did you expect your profession to be when you went over there?

EA: [UI].

JC: You expected to build?

EA: Yeah. Um –
Page 29 to 30.

Further inquiries about the Flames of War, Emraan indicates it was a video that was being shared around. The agent states in his world teenagers were not sharing that video. This is a key factor as Emraan lived in an environment of very limited and very different sources of information about ISIS.

JC: I want to touch on the video one more time and then we're going to move on. So you showed "The Flames of War" to your kids before you left.

EA: More like they showed me it.

JC: They showed it to you?

EA: So [UI] these things. I-I would come home in the night tired and sleep in the [UI] on the couch watching whoever showed me these things.

JC: You remember, you remember they showed it to you. How did, how did, why were they showing it to you?

EA: It was my suggestion, they would have these [UI], because me I, I never you know, talk with these people who [UI], but it spread fast. It was [UI] –

JC: So, so, I mean, but why was it spreading so fast? Because I, I mean remember in 2014, 15, teenagers, then where I lived, weren't spreading that video around. That wasn't a common thing.

EA: [UI from 50:38-50:47] like someone who is doing something first time, nobody, no one was doing that thing. It seem like [UI from 50:52-51:12]. Some people were sincere and they thought it something [UI]. And then some people they just, they just saw opportunity, and they, they tried to abuse it by [UI]. They going to run away from where they would live, [UI from 51:30-51:38].

JC: Gotcha.
Page 30-31.

<u>Emraan tried to escape the training. Other Trinidadians then told him to return before he is found.</u>

EA: Yeah. It's like first off they try to teach you, uh, [UI] it was, it was to me it was, the [UI]. Even though you, it's in English, it is very hard to describe these things [UI], so very difficult.

JC: So when you broke out of the training, the religious training, how long had you been there? In the training. How long had been in the religious training when you broke out?

EA: This one [UI] each weekend.

JC: And when you broke out –

EA: [UI].

JC: Oh so after the religious training.

EA: [UI from 1:16:33-1:16:55].

JC: Ah!

EA: [UI].

4

JC: So they had, they had no idea.
Page 43.

<u>Emraan was told you did not have to fight, could just come with your family and live there.</u>

EA: The [UI]. The – I ask these guys [UI]. They said [UI] they said come. [UI] come bring your family come to live. If you want to fight you can go fight. This was all made clear. [UI 1:01:15-1:01:19] you want to bring your family to live come to live.

JC: So, so when did find out that you were going to have to go to military training?

EA: When-when, when we got there um, [UI] Manvich. They came um, to the house we were staying. [UI] in the house, and um, it was like a, a type of prison system. They wouldn't [UI 1:01:36-1:01:56]. When I went to Rocca I tried to avoid it. I stayed like maybe, months, I [UI] get a house for my family [UI from 1:02:03-1:02:10]. I stayed like maybe 3 months in the house and then they [UI] house.
Page 35-56.

<u>After trying to leave and being told he would be imprisoned or worse, Emraan completes the training. He is assigned to a Battalion, then says he is sick and is taken to the hospital.</u>

JC: So when you graduated – well when you finished your training right, you said that about about fif- you know, shortly after, there was some kind of engagement where fifty or sixty of the people that you graduated with died. Was that in the Anwar Al Aki [PH] Battalion?

EA: Yeah. When I was [UI] they assigned me to [UI], they assigned me to this group. I told them I-I can't do it I am sick, I have issues. Because even through the training I wasn't doing much of the heavy training. And I got sick in the training and end up in the hospital in [UI].

EA: [UI]. I have like, uh, low blood pressure and I have a [UI]. That's why with the breathing, I [UI] enclosed space. It's very hard for me, with the breathing. That's why [UI] hard time with the breathing. I wake up I take aspirin or allergy pill. [UI from 1:09:12-1:09:24]. So, I told them you know, I can't do it I'm sick. [UI] this is your job. So I went, and [UI].
Page 39 to 40.

<u>Emraan and Jihad had a falling out.</u>

JC: Get back to doing some construction, some farming… just family time. Um, when Jihad finished his training, did he join the same battalion that you were initially placed in?

EA: No, [UI].

JC: [UI] whoops, I'm sorry

EA: [UI from 1:23:42-1:23:57] but um I was out. By that time I was not going there I was [UI].

JC: When-when-

EA: [UI] 1 months or 2 months later.

JC: When would that have been?

EA: Uh, that would have been like, uh, late uh, 2015. 2015, 2016.

JC: Did you see, uh, after you know left the battalion and Jihad had went to training, he went to his own battalion and you said he-he moved after that. Did you see him much after that?

EA: I had a big problem with Jihad. I had a big problem with Jihad because I was telling him he was hanging out with some of these guys that I was very concerned. These guys who I knew from Trinidad, that they {UI from 1:24:48-1:24:57] he's a big man now. He doesn't listen to me. [UI] on the street or something. But I would pass him on the street.

JC: Pass Jihad on the street?

EA: Yeah. I'd [UI from 1:25:11-1:25:44].

JC: So about, uh, when was it would you say that Jihad left your house. Was it about when he finished his training?

EA: Soon after.

JC: Soon after he finished his training he left your house? And from that point until about 6 months before Bagdus [PH] you almost never saw him?
EA: You see [UI from 1:26:01-1:26:08].

JC: Islam?

EA: [UI from 1:26:10-1:26:38].

JC: So when you sent Islam to go talk to Jihad, what, what did you ask Islam to talk to him about?

EA: No nothing bad. But [UI].

JC: Oh okay.

EA: [UI] I would be driving by and see him on the street and [UI from 1:26:52 – 1:27:00].

JC: Was Jihad –

EA: [UI from 1:27:00–1:27:06].

JC: Would Jihad acknowledge you if he saw you passing? Would he say, "Hey Dad?"

EA: [UI from 1:27:08-1:27:23].

SK: I want ask something real quick about that. How was, um, how was – so Jihad was 14? Right, at the time?

EA: He was 15 actually.
Page 46-47.

If Emraan tried to leave, they would kill him.

JC: So, once, once you got there, to Syria, and you saw that it was mandatory for you to go to training and you knew at that point what it entailed. And you knew that Jihad was going to go to training, too, and you knew he was too young. You know, he wasn't ready yet. You knew that eventually all of your sons would have to go to training. Why didn't you try to leave?

EA: Well, at that point, [UI from 1:39:22-1:39:27].

JC: When was that?

EA: This was like, um, when we got there [UI] 3 or 4 months. [UI].

JC: Mmhmm.

EA: [UI from 1:39:38-1:39:48] they say that you are abandoning your religion and they, they're going to kill you. [UI from 1:39:52-1:40:08].

JC: If you could have left then, would you have left?

EA: Yeah.

Emraan attempted to escape with his family at a much later date.

EA: [UI from 1:41:01-1:41:41] and we paid him some money, I left, we left the ISIS completely, [UI]…

… JC: Did you ever hear of anyone being smuggled out successfully?

EA: [break] [UI from 1:43:31-1:44:12].

JC: Wow.
Page 53 and 54 (non-contiguously)

<u>Emraan was only paid a stipend by ISIS when he was in training. After those first two months, he claimed to have a heart condition and was discharged.</u>

JC: So when you were in the katiba [PH] did you receive a stipend for your family and you? How much was the stipend?

EA: Um, I think it was only like about [UI].

JC: 200 U.S. dollars?

EA: Yeah, what happened is uh, [UI from 17:19-17:24] –

JC: I-I, I'm sorry –

EA: I think I was given 35 dollars.

JC: 35 dollars per adult?

EA: Month. Per month. And the children, um, the children was like, um [UI].

JC: Per child?

EA: Yeah [UI from 17:40-17:48].

JC: Oh, oh so like a one-time lump sum for you when you finished your training?

EA: They give you [UI] when you go to the training [UI].

JC: I see, yeah.

EA: [UI from 17:57-18:03].

JC: Did you keep your stipend after you were discharged from the battalion?

EA: [UI].

JC: Did you ever get that back again?
Page 69.

<u>Emraan then would scavenge items to resell for a living including small firearms.</u>

EA: Uh, no. I was, I was always doing something like, uh, buying or selling something.

JC: Okay, so, when you left the battalion, what did you do next? Did you immediately open a shop somewhere, or?

EA: [UI from 18:26-18:33] buying and selling or, I get, I get a car [UI from 18:37-18:50].

JC: I'm sorry, could you –

EA: I sold used clothing.

JC: A used toilet?

EA: Used clothing.

JC: Oh, used clothing.

EA: Shoes, uh sneakers and all that. The Syrians they don't know the name brands.

JC: Oh.

EA: That's why I go through them and get the name brands. And buy cheap from them. And the [UI from 19:07-19:11]…

…JC: So in Rocca [PH], you were, buying clothes, uh, buying good name brand clothes and reselling it Westerners for a higher price? Did you do this out of your house? Or did you have a shop?

EA: No, no. This happened when people would know I was there. It was like, uh, anything like attachments for weapons I would try to get.

JC: Attachments for like scopes?

EA: Yeah. Anything like that, that [UI]. What they liked. Anything they don't want, Chinese. [UI].

JC: So what all, what all kinds of things would you buy and sell? So, clothing, scopes…

EA: Cars, motorbikes.

JC: Cars?

EA: Motorbikes.

JC: Motorbikes?

EA: Yeah. [UI from 21:21-21:57].

JC: Would you do the work at your house on the cars and the weapons? Did, would you work at your house or did you have a shop.

9

EA: Not like that. I take it to people who I think [UI]. [UI from 22:08-22:27].

JC: How did people know to go to you to buy things? Were you just well known as someone, was it word of mouth? How, how did people know to come to you to buy a car or a bike or a scope?

EA: I think it was just uh word of mouth [UI from 22:40-22:48] too expensive, can you reduce the price? And [UI from 22:49-23:02].

JC: What about weapons? There had to be a really good weapons market, right? Like, what, what kind of guns did people like to buy and sell?

EA: Well again, um, the foreigners like, uh, fancy weapons. The [UI] were, there was people who was in this business, uh, [UI from 23:16-23:21] good weapons and like, uh there was one guy in [UI].

JC: I'm sorry who?

EA: There was one South African guy. We called him Abu Akhman [PH].

JC: Abu Akhman [PH]?

EA: Yeah, he used to repair weapons, the weapons. He was like the weapons guy. So it was hard, it was hard to get, you know, good weapons [UI] to sell the stuff. This [UI] if someone needs money, quick, for something that they've got [UI]. But even then you have to be careful because, um, some people would take the weapons from, uh, from ISIS, and sell it. Then you get [UI].

JC: Oh, so. If someone was issued a weapon from training, and if they sold it to you, then you could get in trouble for having that weapon that was issued to them? How did you avoid getting in trouble?

EA: You have to be very careful, because, they, they were very [UI] on this. And then eventually we made a [UI from 24:16-24:30].

JC: What were some of the like, most desired weapons that you sold? Like what brands?

EA: Uh, well the thing that everybody would want is like, uh, like what [UI] a Glock.

JC: A Glock.

EA: Or like, uh, if you [UI from 24:46-24:51] these are the type of things.

JC: Yeah.

10

EA: Or like uh, the best scope they had was like a Bushnell [PH] or something like this. And this was like [UI]. The people who was doing this business, and, when, when they were [UI from 25:06-25:15] someone that was killed. His wife, he has these things. That's why [UI]. Sometimes she don't know the value, so you make her an offer, [UI from 25:24-25:30].

JC: How much money do you think you made? Talking about, you know, buying things and then reselling them.

EA: It's hard to tell because I was [UI from 25:36-25:40]. We were a used business. We wouldn't like [UI from 25:41-25:01].

JC: Yeah.

EA: Yeah. [UI from 26:05-26:08]. In some place, uh, it's hard to tell. Because sometimes you go like, uh, a whole two weeks, you didn't sell nothing. But sometimes you would just like, you know. You get something like you sell and you make $50.
Pages 69-72. (non-contiguously)

SK: How many guns or gun parts did you buy and sell?

EA: Not too many because, um, this guy [UI] –

SK: Give me an estimate.

EA: [UI]? Let's see, maybe, um. If, if I had to guess, maybe four or five.
Page 75.

<u>CHARACTERISTICS OF THE DEFENDANT</u>

Mr. Emraan Ali was born on the 4th of July, 1967 in Rio Claro, Trinidad. He became a naturalized United States citizen while he lived in New York City. There he worked in construction as a laborer. Eventually, Emraan learned how residential construction operated from A to Z and sought to strike out on his own. With some of the money he had saved and an alliance with a seasoned contractor, Emraan started his own company, High Tech Construction. The Long Island company would employ locals and focus on home improvement and renovation. Over time the work grew and he acquired heavy machinery to take on more substantial construction work.

11

Before leaving Trinidad at the age of 18, Emraan worked in Trinidad doing odd jobs after he failed to complete high school. Emraan was raised by his mother and his father. His mother lives in Rio Claro, Trinidad. Emraan's father passed away due to heart complications at the age of 54. His father worked the fields cutting agriculture with a sickle for part of the year, and performed local construction and repair work the rest of the year. He was raised in very modest accommodations. The drinking water came from captured rainwater and the food was grown or killed in the local forests. While Emraan has a great deal of respect for his father, his father utilized a good deal of corporal punishment and often did so while he consumed alcohol. His father's use of alcohol and violence is one of the factors that led Emraan to a life focused on Islam as taught by the local religious leader of his community in the years after he returned from New York to Trinidad.

While in Rio Claro from 2006 to 2015, Emraan once again started a construction company. While Emraan lacks extensive formal education, he was once again successful as a businessperson. Rio Claro is a very geographically remote small town. Compounding this, the Muslim community in that town is a handful of families that are all connected by marriage or blood.

In 2009, Emraan married Sulimah Mohammed. They share five children together. Her grandfather is the Imam of the Rio Claro Mosque. During these years after his marriage, Emraan spent a great deal of time in the Rio Claro Muslim community. The local men would gather there after the days' work for the evening prayer. Following the prayer, they would listen to a sermon and get news about what was happening to Muslims around the world. Emraan was not a user of computers but his brother-in-law Akil was the unofficial voice of world news at the Rio Claro mosque. He would scour the internet for information, usually about how the "West" was

coordinating to oppress Muslims in various regions around the world. Akil's news sources would include sources such as Taliban news and other similar alternative media.

When Emraan traveled to Syria with his family, it was with the intention of providing them with a purely Islamic way of life. He received information from the mosque and friends and family members who had already immigrated to Syria that it was a peaceful place where he could raise his children in an Islamic environment without "Western distractions."

His biggest regret is putting his family in harm's way when he believed he was doing something good for them. Emraan lives with the irreparable damage he has caused to his family. Akil and his wife – Emraan's sister – are dead. One of Akil's children is dead. Emraan's own infant-aged child – one of his twins – died in a bombing near the time of Emraan's surrender. One of Emraan's son's, Jihad, was arrested and has been sentenced to prison. Another son, Islam, was placed in foster care in New York City. Moreover, his wife is in a Kurdish-run refugee camp since Emraan's surrender in March 2019. She is singlehandedly left to raise their remaining children and Akil's children. Trinidad will not repatriate them so they are indefinitely left in the camp.

The remorse Emraan feels for the damage to his loved ones cannot be understated. He went to Syria trying to give them a life he believed would be best for them and ended up participating in the murder of scores of family members, including his own child, and the abandonment of his wife, children, and nieces and nephews in a refugee camp that they may never be freed from.

<u>DISPARITY OF SENTENCES</u>

There is a need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct, not exactly the same charges. Looking back in the past 12 months the following are sentences that are in some ways similar conduct to Mr. Emraan Ali.

Dilkhayot Kasimov, a citizen of Uzbekistan and resident of Brooklyn was sentenced in June of 2022 to 15 years in prison for conspiring to and attempting to provide material support to a designated foreign terrorist organization, the Islamic State of Iraq and al-Sham (ISIS).

In February of this year, Naser Almadaoji, 23, an Iraqi-born U.S. citizen, was sentenced to 10 years in prison, followed by 15 years of supervised release. Almadaoji pleaded guilty to attempting to provide material support to a foreign terrorist organization in November 2021. He admitted to attempting to provide material support – himself, as personnel – to foreign terrorist organizations, namely ISIS and ISIS-K.

In February of 2023, a married couple was sentenced to 10 years in prison for attempting to travel to the Middle East to fight alongside ISIS.  James Bradley and Arwa Muthana were also sentenced to 11 years of supervised release after the completion of their prison sentence.

Jihad Ali, Emraan's son, was sentenced to five years in federal prison in 2022 for joining and fighting on behalf of ISIS.

Elvin Hunter Bgorn Williams received four years in federal prison last November for pledging allegiance to ISIS and attempting to join as a foreign fighter.

The FBI defines domestic terrorism as Terrorism is defined in the Code of Federal Regulations as "the unlawful use of force and violence against persons or property to intimidate or coerce a government, the civilian population, or any segment thereof, in furtherance of political or social objectives" (28 C.F.R. Section 0.85). While participants of the January 6, 2021 attack on the nation's Capital Building were not charged with terrorism offenses, the conduct nonetheless can be viewed as similar in goal.

A rioter, Julian Khater, who assaulted law enforcement officers with pepper spray outside the Capital Building during the Jan. 6 riot was sentenced to 80 months.

14

Doug Jensen, a leader of the riots, was sentenced to 60 months.

Geoffrey William Sills was sentenced to 52 months in prison for obstruction of an official proceeding, assaulting, resisting, or impeding officers with a dangerous weapon and robbery, all felonies.  All from his actions on January 6th at the Capitol Building.

Another Jan. 6 defendant, Riley Williams, who surged with the mob into Speaker Nancy Pelosi's office and helped strategize ways for the mob to overcome police resistance was sentenced to 36 months in prison.

<u>DEPARTURES FOR PRETRIAL CONFINEMENT</u>

Mr. Ali faced horrendous conditions of confinement during his two years in custody within Syria. Courts have recognized and applied a Downward Departure pursuant to U.S.S.G.§ 5K 2.0 for harsh and severe conditions spent in pretrial or presentence confinement. "If a factor is unmentioned in the guidelines, the court must, after considering the structure and theory of both relevant individual guidelines and the Guidelines taken as a whole, decide whether it is sufficient to take the case out of the Guideline's heartland. <u>United States v. Buckendahl</u>, 251 F.3d 753, 758 (8th Cir.), cert. denied, 534 U.S. 1049, 151 L. Ed. 2d 553, 122 S. Ct. 633 (2001) (quoting <u>Koon</u>, 518 U.S. at 95-96)." <u>United States v. Dyck</u>, 334 F.3d 736, 742 (8th Cir. 2003). "Although departures based on conditions of confinement are not encouraged by the Guidelines, they also are not discouraged; in fact, conditions of confinement are an unmentioned factor. This Court finds no evidence to indicate that the Sentencing Commission took the conditions of a pre-sentence detainee's confinement into account in creating the Guidelines. No evidence exists to show that the Commission contemplated that federal pre-sentence detainees would be kept in any detention facilities except for federal facilities." <u>United States v. Francis</u>, 129 F. Supp. 2d 612, 616 (S.D.N.Y. 2001).  "According to the Sentencing Guideline Manual, a sentencing court may depart if the court

finds "that there exists an aggravating or mitigating circumstance of a kind, or to a degree, not adequately taken into consideration by the Sentencing Commission in formulating the guidelines." U.S.S.G. § 5K2.0 (quoting 18 U.S.C. 3553 (b))." United States v. Carty, 264 F.3d 191, 196 (2d Cir. 2001). Accordingly, we hold today that pre-sentence confinement conditions may in appropriate cases be a permissible basis for downward departures. Id, at 196. Our circuit, citing to Carty, adopted the same reasoning when it stated "[T]he district court was correct in holding that conditions of confinement could provide a basis for departure, since this factor was apparently not taken into account by the Sentencing Commission and could be unusual enough to take a case out of the heartland of the applicable guideline. United States v. Pressley, 345 F.3d 1205, 1218 (11th Cir. 2003).

In March 2019, Mr. Ali and his two eldest sons surrender to SDF near Baghuz, Syria, and were interviewed on video by members of the U.S. Department of Defense near Tanak Oil Field, Syria. Initially, Mr. Ali and his sons were held in custody for about twelve days at or near the US base in Tanak. Mr. Ali and his sons were taken to a room approximately 12x12 feet that was used for storage at the checkpoint. There was no toilet, sink, or light, and they stayed there for twelve days. Thereafter, they were taken by SDF to a camp and then to the Omar prison for three days.

The drive to Omar prison was approximately five minutes away, and once he arrived, he was met with a scene of horror. Mr. Ali met people with wounds that were rotting with worms. Mr. Ali also witnessed the noise of constant screaming all day and night at the prison, from people who were wounded and received no help. After Omar Prison they were moved to Shaddadi Prison where they stayed three months.

U.S. and SDF officials have described the prisons as "makeshift" facilities from schools, hospitals and other abandoned buildings that were quickly converted to contain over 10,000 ISIS

captured fighters. Additionally, officials had warned that the facilities were "good enough" for the moment, but it would be dangerous to consider these facilities a permanent solution."  SDF at the time stated they were holding 12,000 prisoners, including 4,000 foreigners, in seven detention camps around northeast Syria (the region where Shaddadi is located).

A journalist from The Times of London visited one of the detention facilities and filmed what he saw. The footage shows cells with dozens of men in orange jumpsuits packed together like sardines and an equally crowded medical block holding boys. The journalist stated that among the detainees were British, French, Belgian, and US citizens held in "terrible, terrible conditions." Another journalist who visited a detention center in the northeastern region of Syria said he saw "several prisoners had multiple amputations" and he had seen a prisoner with "intestines hanging out beneath bloody dressing.

While in Shaddadi Prison, Mr. Ali was placed in an isolation cell for 40 days with no lights or windows, for no reason. When Mr. Ali was being loaded on the truck to be transported to Shaddadi, a guard grabbed him by the beard and began to beat him. He was placed in a room approximately 25x12 feet with approximately sixty other people with one sink, no windows, an exhaust wall fan, and some power that was supplied by a generator. The generator was cut off sometimes and people would faint around him from not being able to breathe. Mr. Ali witnessed people being taken to get fresh air but some would return and others would disappear. During this time Mr. Ali was separated from his son, once he was interviewed he asked for his son back. He was put together with his son in a room infested with lice and bugs, which resulted in both of them getting scabies and boils. Mr. Ali recounts that at times there was no water for days, and when water did come it was gone after twenty minutes.

17

After Shaddadi, they were moved to Ya'arubiya [al-Hasakah]. To be transported, Mr. Ali and his son were blindfolded and handcuffed. When he arrived, still blindfolded and handcuffed, he was hit with a pipe about five times until he fell down pretending, he was dying. In Ya'arubiya they stayed for 20 days. While at Ya'arubiya, he was placed in a room approximately 25x20 feet with no ventilation except for two 6x6 holes at the top of the wall. Mr. Ali recounts not being able to breath and the floor being wet from moisture dripping from the ceiling and pipes. Mr. Ali pleaded for help, even though he feared retaliation from the guards. The guards did begin moving those who were in worst conditions first, and at this time Mr. Ali was separated from his sons. Mr. Ali later found out his son was beaten severely for being from the United States.

DOWNWARD DEPARTURE FOR DURESS

If the defendant committed the offense because of serious coercion, blackmail or duress, under circumstances not amounting to a complete defense, the court may depart downward. 18 U.S.C.S. app. § 5K2.12. Mr. Emraan Ali voluntarily went to Syria. He went thinking he could live there with his family in an ISIS-controlled Caliphate, which he believed to be prophetic. His brother-in-law, his wife's sister's family, and some from his local mosque had traveled to Syria in 2014 and reported idyllic conditions. Once he arrived in Syria he was met with a rude awakening. He attempted to leave the mandatory training but was told the consequences would be death. As long as he was in Syria, he was aware that those caught trying to leave would be imprisoned or worse. Emraan not only had himself to think of but his children. Jihad had left his home at some point and was not interested in leaving. Emraan was not willing to leave Jihad behind. Jihad and Emraan reconciled in later years which allowed Emraan to try to sneak out of ISIS territory. He did pay $6,000 to a smuggler to get his family out in an empty oil tanker. The smuggler took his money only to be never seen again.

18

<u>CONCLUSION</u>

When looking at all the sentencing factors pursuant to 18 USC 3553, a downward departure and a sentencing variance are warranted in Emraan Ali's case. He has led a positive life, raised several children, and supported his family. Mr. Emraan Ali admits he made bad decisions in his naively believing what was told to him in Rio Claro. That naivete led to this moment and he fully acknowledged those mistakes. He should pay for those mistakes, but a 15-year sentence would be enough to effect justice.

Respectfully submitted,

By: _/S/_Khurrum B. Wahid_
Khurrum B. Wahid, Esq.
Florida Bar No. 178764

Wahid Vizcaino Geller, LLP
2103 Coral Way, Suite 401
Miami FL 33145
Phone: (305) 444-4303
Fax: (305) 444-4302
Khurrum@wvglegal.com

## **<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 27th day of March 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either by electronic transmission generated by CM/ECF, or in some other manner for those counsel or parties who are not able to receive electronic filings.

Respectfully submitted,

By: _/S/_Khurrum B. Wahid_
Khurrum B. Wahid, Esq.
Florida Bar No. 178764

Wahid Vizcaino Geller, LLP
2103 Coral Way, Suite 401
Miami FL 33145
Phone: (305) 444-4303
Fax: (305) 444-4302
Khurrum@wvglegal.com

# EXHIBIT A

UNCLASSIFIED

# UNITED STATES DEPARTMENT OF JUSTICE
## FEDERAL BUREAU OF INVESTIGATION



**Miami Division**
**2030 SW 145th Ave**
**Miami, FL 33027**

Case Number:

Task/Disk Number(s), and Date Completed: 05/21/2021

Recording Date: 09/28/2020

Requesting Official(s) and Office(s): SA Sean Kibby – FBI Miami

Name and Office of Transcriber(s): OST Kristin Mercurio – FBI Miami

Name and Office of Reviewer(s): SA Sean Kibby – FBI Miami

Participants:
| | |
|---|---|
| SK | SA Sean Kibby |
| EA | Emraan Ali |
| JC | SA Jason Coffey |
| UM | Unidentified male |

Abbreviations:

| | |
|---|---|
| IA | Inaudible |
| UI | Unintelligible |

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

| PH | Phonetic |
|---|---|
| [  ] | Noise notations or Translator's Notes |
| SC | Simultaneous conversation |
| OV | Overlapping Voices |
| [RC] | Recorded Message |

## VERBATIM TRANSCRIPTION

**[Beginning of Part 1 Recording 00:00:00]**

SK: We're going to have a little conversation, okay? You want some water and stuff? You good?

SK: I'm sure you have some questions for us, yeah? Sorry that we have to wear these masks. I know, the masks are not, they're not good. Believe me I know.

SK: Did you know Trinidad was all shut down because of COVID? Did you know that? No travel. You can't even fly to Trinidad, because of COVID!

EA: [UI].

SK: COVID.

JC: Coronavirus.

SK: He doesn't know. They didn't tell you in prison?

EA: No [UI].

SK: There's a big virus going around the world.

JC: That's part of the reason we're wearing all this crazy stuff is because there's this new virus that's been going around the world for the last six months or so.

SK: Do you, do you remember Ebola? It's similar to that. It's a respiratory virus.

JC: Yeah.

UNCLASSIFIED

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

SK: There's like, uh, how many? Millions of people have died.

JC: Yeah. Yeah. In Trinidad they haven't have flights in or out of the island in months. No one can get in or out.

EA: How many people have died in Trinidad?

SK: Not a lot actually.

JC: Yeah.

SK: They've had pretty good numbers. Very few cases. Yeah, they did well with it.

JC: Yeah.

SK: The U.S. Government.

JC: We've had, we've had a couple hundred thousand people die.

EA: In the U.S.?

JC: Yeah, uh huh. Yeah. [noise]

JC: And a few million worldwide. Trinidad has been pretty good because they're closed off.

SK: [UI] for COVID.

SK: Yeah. Here, I'll help you out, we're just going to move down here. [UI]

JC: Now watch your step here.

JC: You seem pretty healthy. I'm going to take my mask off.

SK: I'll put this right here.

EA: Alright.

SK: I would just slip your mask down to your, um.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: To my, to my neck? Emraan, if you want to, put your mask down to your neck while you talk to me, you can.

SK: Yeah he wants to.

JC: Yeah. Because, I have a hard time talking to anyone like this. I can only imagine. Yeah. So, Emraan, [UI] well my name's Jason, I think we told you. This is Sean.

SK: Sean.

JC: We're both with the FBI. I know you talked to FBI agents, uh, about a year or so ago, and uh.

SK: We know them. We've talked to them about conversation that you had with them.

JC: So, I know you've got to have a lot of questions for us. Um, we just want to talk to you for a while. We've got, uh, a little while back, but before we, uh, uh, get into all that stuff I've got your Advice of Rights Here. This is something that you will have seen last year. Um, I'm going to read each of these, uh, lines to you. And if you could, just so I know that you understand what I'm saying, just give me a head nod. So, I'm going to read it verbatim for you.

We are law enforcement agents from the Federal Bureau of Investigation. Even though we are not in the United States, United States law provides you with certain rights in your dealings with us. Before we ask you any questions, you must understand your rights. Your first right: You have the right to remain silent. Even if you have already spoken to others, you do not have to speak to us now. Do you understand? Ok. Anything you say can be used against you in court. You understand? You have the right to talk to a lawyer for advice before we ask you any questions. Do you understand? You have the right to have a lawyer with you during questioning. Do you understand? If you cannot afford a lawyer, you have the right to have one appointed for you before any questioning if you wish. Do you understand? However, our ability to provide you with counsel at this time may be limited by the decisions of the local authorities or the availability to have an American trained attorney. Do you understand? If you decide to answer questions now without a lawyer present, you have the right to stop answering at any time. Do you understand? Ok. If you'd like to talk to us, then, uh, let me read this one for you here. It says, "I have read this statement of my rights and I understand what my rights are. At this time I'm going to answer questions without a lawyer present." If you agree to that, Emraan, I want you to write your name and then sign your name here. Do you want to talk to us?

3
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Yeah, I mean, uh. There is no uh, there is no way that it is [UI]. So, what, I mean [UI]. So what's, what's the best choice?

SK: Well, it's your decision to make.

JC: Yeah.

SK: Um, so…

EA: What would be what you would [UI].

SK: We're going to talk to –

EA: This is the way I see it. I see it as, uh, obviously I mean of course I would love to have an attorney, but there is none. And uh, I mean you guys uh [UI] the situation. And this, uh, and it is probably the best thing uh to have an attorney.

JC: No, uh, I-I-I want you to make the decision, I mean, just yes or no if you want to talk to us.

EA: I - [UI from 5:11 – 5:28].

JC: Alright. So, quick here's a pen for ya. And let me get this.

SK: Emraan because we let you take off this we're going to have you put this on, just so you have some protection.  Ok.

SK: [UI]

EA: [UI]

JC: Yeah print your name. [pause] And sign. [pause] Alright thank you. [pause] Alright, what time is it?

SK: You want something for [UI]? You want to use this? Do you know what these are? The [UI]. You want one? You good? Have you ever used this? Yeah yeah, okay. Do you know how to reuse one? Yeah. I'll give it to him? Okay.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: So. I know it's been a long… we were just talking about Trinidad. I know it's been a long time since you've been to Trinidad. Um, first of all do you have any questions for us before we start talking about that stuff?
EA: [UI from 6:39–6:41]

JC: Okay.

EA: [UI].

JC: Yeah.

EA: [UI from 6:43-6:47] 6 months [UI from 6:48-7:02].

JC: Yeah.

EA: [UI from 7:03-7:08].

JC: Yeah.

EA: [UI from 7:09-7:11].

JC: Um, so you're asking about your family. I've spoken to Nema several times in person. Um, do you know where she is right now? Okay. Um, we brought her back to the United States and I was actually – sorry my glasses are fogging up – I was actually the first person to meet her off the airplane when she got back to the United States. Um, she's living with Abdullah. Uh, her son. And, uh, they are very happy. And uh doing well. She's been going to school. And looking for a job. And, uh, Abdullah her, your grandson, is very healthy. He's walking good. He's talking well. And he's a really happy boy, um, but Nema misses you. She, she misses her family. She talks about you and uh she talks about um, well just missing you. And even, she said even during the hard times, uh, that you all had in Syria, uh, that, she loves you and she misses you and she misses Jihad. She talks about Jihad a lot. And, uh, she's doing well you know, she doesn't have very many friends right now. Of course she's alone, um, but we support her the best we can. Like we put her in school, we got her private tutors. Because, her schooling – she's actually – we, we had her tested before she went to, uh, before we got her tutoring to see where she was in her grade level. And, uh, her English and math were actually very high. We were surprised we expected her to be, you know, kind of behind, having not been in school for the past few years, but she was actually, she's very good. She's very smart.

EA: [UI].

5
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


JC: Excuse me?

EA: [UI]

JC: I-I, I'm sorry.

EA: She likes drawing.

JC: She likes drawing?

EA: Yeah, she [UI].

JC: She can just draw like this?

SK: Emraan, can you try to speak up a little bit?

EA: She has a natural ability.

JC: She had what?

EA: She's a good artist.

SK: She's a good artist.

EA: She has natural ability. She can freehand draw.

JC: I've never seen her draw.

EA: She never learned in school. [UI].

JC: Wow. So, she, she's doing. She's healthy, she's been back in the United States now for, uh, just over a year.

SK: I'm going to get some other glasses, for us.

JC: Okay, okay, yeah thanks. Um, gosh I guess it's been, about 14 months, she's been back in the United States. She hasn't seen her mom in that time either, um, and she, she misses her. Um.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: [UI].

JC: She's close to her mom. She did, uh, she did get to see her sister, Aliyah [PH].

EA: Aliyah [PH]?

JC: Aliyah has traveled to, uh, the United States from Trinidad and visited her for a few weeks. Uh, along with, um, your mom.

EA: My mom?

JC: Your mom.

EA: [UI].

JC: So your mom has traveled to the United States, she's been, she, went with Aliyah.

EA: [UI].

JC: Yeah.

EA: [UI from 10:05-10:12].

JC: Ian.

EA: Ian.

JC: Yeah. So, so I - this is way better – so she's not with Ian.

EA: No.

JC: So she started out with Ian – this is a funny story – so she started out with Ian and Marica [PH].

EA: [UI]

JC: And, uh, there was a little bit of a, you know, Nema is a little independent. And, uh, Ian likes to enforce some strict rules in the house and so, after a few weeks, she went, actually you know

7
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

where she's living now? In the uh, in the house, in the house that you used to own. Do you remember? On Roosevelt Lane?

EA: [UI].

JC: Uh uh, in New York.

EA: Um, uh one of my sisters is there.

JC: One of your sisters?

SK: Where is she at?

JC: In, in New York.

SK: Yeah, [UI].

EA: [UI].

JC: Yeah, that's exactly, that's right. Yeah. He took her in.

EA: [UI].

JC: He is, he's a very good guy.

EA: Yeah.

JC: Yeah. So, we've been, you know, talking to her and helping her with school and with and with your grandson. I'd say the only negative is that she misses you, she misses Jihad. She talks about, she talks about Jihad a lot. And I'm going to tell him that when we talk to him later but she misses you, and she misses especially Jihad terribly. She misses y'all terribly. Um. Islam, uh, is not on the plane you know.

EA: Islam is not?

JC: Islam is not on the plane. When is the last time you saw him.

EA: Um, 6 months ago.

8
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: 6 months?

EA: Uh huh.

JC: So, we're, we're trying to get him back to his Mom.

EA: [UI].

JC: Yeah, he's not in the same place you were though. He's in a youth center where it's not nearly as bad.

EA: [UI from 11:57-12:02].

JC: We're trying, we're trying to make that happen. Uh, it's not just our government though, it's the government of Trinidad, so, we're working with them to try to find a solution to where he can be with his mom, because that's what's everyone wants. Lazina [PH] wants.

EA: [UI].

JC: I'm sorry Emraan, is it possible – is it possible you can talk louder?

SK: Because of the engine and…

JC: It's hard to hear.

EA: [UI from 12:26-12:32].

JC: We, we, we… his Uncle won't take him. Um, he gave some reasons he has, uh, I think a 9 year old daughter and then they have a newborn that you probably are… um, do you have like a face shield or something I can put back on?

EA: [UI from 12:56-13:09] the one I lost contact with but the other one I used to keep in contact with her. She came to Trinidad [UI] she may be able to, to [UI].

JC: That might be a possible solution. I mean, because we're looking at trying to get him out.

EA: My sisters. Especially if I get to talking with them, they can [UI] because I have a good relationship with them.

9
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: Which sister?

EA: Huh?

JC: Which sister do you think would be best?

EA: Two sisters. Um, [UI] especially if I get talking with her I just ask her because I- when I used to be, you know [UI from 13:52-14:09].

JC: Yeah.

EA: And when they went back to Trinidad they [UI from 14:12-14:32]. I guess he had a bad experience with [UI from 14:35-14:39].

JC: Well we're, we're going to keep working that, there's, that's, it's very possible that if we can't get him back to his mom soon, that something like that is going to happen. Yeah. Um.

EA: [UI].

JC: Okay.

EA: [UI] I can try to get in touch, I don't have the numbers, but um, some of them, [UI].

JC: Okay.

EA: So Trinidad, no flights going in and out?

JC: No flights going in and out.

EA: So you can't go to Trinidad?

JC: No. I mean, uh, I think that they're talking about opening flights up soon though, so, uh, I was talking to Trevor, he said the flights are probably going to open back up within the next month.

SK: It's been shut down since, probably, March. And it probably won't –

JC: And it's, it's September – it's almost October now.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: So, the whole Caribbean Islands? It was hard? Any island?

JC: Um, a few of them were hit hard.

EA: [UI].

JC: I think, I think Jamaica was as well.

SK: Jamaica –

JC: Yeah Jamaica.

SK: -- had high numbers.

JC: Yeah.

EA: Which countries in the world were hit really hard?

SK: Everyone.

JC: Yeah, China, the United States, um, it's hard to tell in a lot of places because…

SK: Italy was awful.

JC: Yeah Italy.

EA: And there's no vaccine or, uh, medication?

SK: No vaccine yet.

EA: Is it, it's curable?

SK: No.

EA: [UI].

SK: So, so happens is it's a respiratory, respiratory, uh, virus. Some people, uh, get really sick. Some people when they get it, get really sick. The people who, so far what they've seen is the

11
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

people who very sick are obese, or they have other health issues when they get it, they get really sick.

EA: Their immune system [UI].

SK: And sometimes they die.

EA: [UI].

SK: Yeah exactly, however, if you're healthy and have no underlying conditions, generally you get it and you recover in about 2 weeks. And after 2 weeks you're not contagious anymore.

EA: [UI].

SK: I guess that's technically true.

JC: Well, well it's like a cold. So your body can fight it off and it will go away. There's just no cure for it yet. But, if you're young and healthy, I mean.

SK: It's like getting the flu, right?

JC: Yeah, it's just really bad for people with other, uh, other conditions and people who are like very old.

EA: [UI from 17:12-17:21] I'm struggling to [UI] but I, he told me that he can't take it off so I said okay, he, struggled so much so no one understands.

JC: Yeah.

EA: [UI].

JC: I-I-I'm sorry you have to wear it, we hate, we hate wearing it too.

EA: [UI] I understand why you have the mask.

JC: Yeah.

SK: They-they make you now, when you go to the grocery store, you have to wear a mask.

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: Yeah.

SK: When you go out. Anywhere.

JC: Everywhere you go.

SK: At one point, at one point in the U.S., all the restaurants, everything, everything was closed. Everything.

JC: Yeah.

SK: Everywhere was on lockdown.

JC: People had to stay at their homes, you couldn't leave for, basically except for to get food.

EA: Okay, so that answers my quests with Nema, and her son, and my wife, and the kids.

JC: Uh.

EA: [UI from 18:03-18:22].

JC: Um, um, I'm afraid that I don't have news for you on them. I don't have any news.

EA: No information?

JC: No.

SK: Yeah, we don't know.

JC: Yeah.

EA: So, us, we going back to Trinidad or in the states?

JC: You and Jihad are going to the United States.

EA: The United States.

JC: Yeah.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Any specific state?

JC: Florida.

EA: What?

SK: Florida.

EA: Florida.

JC: Yeah, we're going to fly into Miami.

SK: So.

JC: I mean, we can say this.

SK: Yeah.

EA: [UI] in New York.

SK: Yeah.

JC: So I've talked to Ian and Marifa [PH]. And uh, uh, a colleague of ours has talked to your sisters. I've talked to Nema many times. Um, I've talked to Lizina [PH]in Trinidad, a few times. Um, on the phone and in person. And, you know, she wants desperately to get Islam back of course, but desperately wanting Nema to get back to Trinidad when she can. Um, Nema wants to be with her too.

EA: Nema [UI].

JC: Yeah, I, I agree.

EA: [UI].

JC: And I, I think Jihad, eventually there will be a, you know, a chance for him to get back down there too.

SK: And so, that's what we're going to talk a little bit about today, is, one, we'll answer what's going to happen to you in the next 24 hours and so, the reason we read you the Advice of Rights

14
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

is because you're now in custody of Federal agents, we both work for the FBI. We're going to fly back to South Florida, and we're going to transport you to the Federal Detention Center, uh, because we're carrying out an arrest warrant that has been issued by the Southern District of Florida for your arrest. So, that's –

EA: [UI].

JC: So, Florida, um because, um we're in Florida and we investigate violations of Federal law, emanating from the Caribbean and South America, and because you left –

EA: [UI].

SK: Yeah exactly.

JC: It's because you left from Trinidad, that it falls under Florida's, you know.

SK: Yeah, uh huh.

JC: Jurisdiction basically.

SK: Yeah.

JC: So, yeah, you'll, um, in about a day or so, you'll be back in Florida, and about a day later, uh, you'll go before a judge, and the judge will be able to tell you a lot of things that we can't, because either we don't know or because we're not allowed. Um, the judge will explain basically the – you're fine, uh, they're knit picking on us. We're, we're going to get in trouble.

SK: Yeah.

EA: [UI].

JC: No, no, I want you to be comfortable, you're fine. Um -

EA: I don't understand, whatever [UI].

SK: N-n-n-n-no.

EA: [UI].

15
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: You've been through enough. Um, so they'll, they'll explain what the process is going to be at that time. Um, and, then you'll go forward from there.

SK: Yeah, um. So, for today before we get there we want to take some time to talk about some things that you, that you may have already discussed previously. Um, but Jason has some more things he wants to get some details on so it's just important that you are honest with us today, that you don't withhold any information, um, so that we can get a grasp of the full story of everything that happened to you since 2014.

JC: And Emraan, personally –

EA: 2015.

SK: 2015.

JC: Okay, yeah.

SK: And, and I think some of the stuff that Jason is going to go over and that we'll go over can also – your answers will help Jihad, I think, and we'll, when we get to that we'll explain how it can help Jihad a little bit, alright?

JC: So –

EA: [UI] when I get to Florida, will there be a lawyer provided?

JC: Uh huh. Yup. You can, you can either, uh, if you can't afford one, one will be provided to you.

EA: [UI from 22:42-22:49].

JC: It's going to be harder.

EA: [UI].

JC: Yeah, unfortunately that's not something we can change. Um, they can still, yeah they can still come and visit you – actually, um, I mean they can still come and visit you in Miami, it's just a longer, it's a longer trip.

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: [UI from 23:04-23:22] um I appreciate you guys being [UI] and um, I will try my best to answer.

JC: Thank you.

SK: Yeah we appreciate it.

JC: Yeah, uh, Jason, the other Jason when he talked to you about it a year ago.

EA: That's why I was so confused with you guys

JC: Yeah, two Jasons – it's a common name.

EA: [UI].

JC: Yeah.

EA: I'm trying to figure out –

SK: He had a bigger beard.

JC: Yeah.

SK: Yeah, yeah.

JC: I'm a lot more handsome though.

SK: And the other one has a little bit more hair.

JC: Yeah.

EA: [UI].

JC: I could, I could put on a cap and then I could be the other Jason.

EA: [UI].

JC: Uh.

17
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: [UI].

JC: Jeremy. Was it Jeremy?

EA: Jeremy.

JC: Jeremy, that was it.

EA: [UI].

JC: Yeah.

SK: Yeah, he's been there a lot.

JC: Yeah.

SK: I've been two, two times.

JC: Yeah I've been a few times.
EA: [UI].

JC: It is.

SK: It is.

JC: Yeah.

EA: I made one of the biggest mistakes of my life, leaving Trinidad.

JC: Leaving Trinidad?

EA: [UI] ISIS. [UI from 24:37-25:09] my job, my job is construction.

SK: Yeah.

EA: And, I was very good at it. Everything, everything in construction it starts from scratch. So I learned electrical, tiling, and sheetrock, plastering, [UI]. But I, I love [UI].

JC: Uh huh.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: [UI from 25:30-25:45].

JC: So what kind of projects did you do in Trinidad when you were doing construction?

EA: I tried my best, in the States I did more, but when I was in Trinidad I didn't have a work crew.

JC: You didn't have a work crew:

EA: Instead [UI] I did trucking and excavate with a backhoe stuff, because you don't need a big work force. You just operate a machine and you [UI from 26:14-26:49] and it was good money. It's just the equipment is so expensive and when it breaks down [UI].

JC: Expensive to fix.

EA: [UI from 26:58-27:13].

JC: Uh huh.

SK: Yeah.

EA: [UI from 27:15-27:20]

JC: Yeah.

EA: That's the story of my life.

JC: So, did-did you ever, did your kids, uh, like, construction like Jihad when he was getting old enough? Did he like to do it, too?

EA: Yeah. Yeah [UI] we had a small truck in the yard [UI from 27:33-27:41].

JC: Uh huh.

EA: And [UI] he used to help me. I used to [UI] goods. [UI from 27:45-27:51].

JC: Uh huh.

19
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: [UI].

JC: What a great life.

EA: [UI] they used to send their kids to learn. So I used to get help for free [UI from 27:59-28:25].

JC: Wow.

EA: Yeah, so [UI from 28:27-31].

JC: I'm sorry, say that again.

EA: Salads, l-l-l-lettuce.

JC: Oh lettuce and salad stuff.

EA: Yeah and [UI] celery and [UI] some short term cooks, and they would cook in the town and would help them pick up everything and transport it [UI]. So they learned even the business side of things.

JC: That's good I like that.

EA: It was good hard work.

JC: Yeah. That's a good skill to learn.

EA: [UI] interests. [UI] they used to come and [UI] send their kids. Their kids have different problems and [UI] some of these things. It was [UI].

JC: Good yeah.

EA: So it was seven and [UI from 29:08-29:15].

JC: Now was all this in Rio Claro? Yeah. Did you ever do any business like in Port au Spain or, just all in Rio Claro?

EA: Port au Spain. [UI] with equipment.

20
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: Uh huh.

EA: [UI from 29:25-29:39] because the-the customer would pay for the transport of the machine.

JC: Uh huh.

EA: Into the [UI].

JC: So you were happy doing all this, right?

EA: It's fun.

JC: Yeah.

EA: It's fun. It's like a bag of toys. It's like toys, the equipment. It's like that.

JC: So, why, why did you give it up? Why did you leave? Why did you go to Syria? Explain, uh, explain this to me.

EA: You know what I am so many other kids you meet [UI]. Just normal kids, going to college. [UI from 30:16-30:29].

JC: Sorry say that again.

EA: I tried to [UI from 30:33-58]. I had, um, one of my closest friends, um, my wife's sister husband, Akil [PH].

JC: Uh huh.

EA: He and his wife – they just disappear.

JC: Now, Akil's [PH] wife is Sameera [PH]?

EA: Uh, Sameera [PH]? Sameera [PH] is my step daughter.

JC: Okay.

EA: It's uh uh, Sumaya [PH].

21
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: Sumaya [PH].

EA: Yeah.

JC: Okay.

EA: They leave and didn't even tell anyone. [UI] other people.

JC: When did they leave?

EA: They leave, um, they leave some, some, uh, I think holiday weekend. Um.

JC: In 2014? Like late 2014?

EA: Yeah. [UI] when we found them they was gone. Them and the other family. Uh.

JC: So had they been talking about it, like leaving any hints that they were about to go?

EA: It was um like, [UI] like uh, [UI]. These people are very secretive about what they was doing. And [UI] and I had, I had known pretty much, because I hear [UI]. But I didn't know when.

JC: You didn't know when.

EA: No, he just left.

JC: So what, you know, you said you were close with Akil [PH]. What would he say when he was talking about it? Like…

EA: When he was talking [UI] before.

JC: Uh huh.

EA: And he would keep [UI]. And he would say all these good things was happening like, uh, like, this is what we dream. Have the children go from [UI from 32:19-32:41] the river, have a picnic.

JC: The Euphrates.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Yeah. And then [UI from 32:47-32:52] so it was, it was normal. It was normal. [UI from 32:54-33:56] this job was like, uh, I think the business was BP, working offshore with oil.

JC: Oh, he worked for BP?

EA: Yeah they send him to America for [UI].

JC: Yeah, that's a good job.

EA: Yeah. He, he stayed like like maybe two weeks or one month [UI from 33:13-33:22].

JC: So when Akil [PH] went to Syria, what was his job then? Like what, what kind of katiba [PH] or position did they put him in when he first got there?

EA: [UI]?

JC: Uh huh.

EA: [UI] when he first got there what they do is they, [UI] you have to go for the drilling.

JC: Uh huh.

EA: And when you come out of that they just place you.

JC: Yeah.

EA: Eh, you don't have a choice. [UI from 33:47-34:03].

JC: So when he first went out there and he was sending you these pictures, had he gone to training yet?

EA: Um, a little bit before because, um, when you go to training you disappear. You disappear for like, um, uh one or two months. Because [UI]. They take you, they put you in a house, with uh other people, and then [UI from 34:30-34:41] they try to train you –

JC: Yeah, right, Islamic law.

EA: They want you to take the [UI]. And like, some people take 2 weeks, some people like one month. Depends on the time [UI]. And, uh, then after that, they would um, the same classes, uh

23
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

put you through the military training, like this. And for me, I broke away. I couldn't take it. I ran away. Yeah, they told me I had to go back or I could get in trouble. And uh, the Trinidadian [UI]. But they still [UI from 35:09-35:14] they would be spying on us. Investigating –

JC: So when you ran away, they, they thought that maybe you were a spy and they talked to you for a little bit?

EA: Because, after the um, the [UI from 35:23-35:30].

JC: No, I-I, this, this is fascinating [UI]. Um –

EA: [UI from 35:34-35:38].

JC: Oh right, man I-I-I like that. This is a good attitude here.

EA: No, no, if you had started from the beginning then I wouldn't have to go over this again.

JC: Yeah, let's go back to Trinidad again before you, before you left. Um, so, in addition to hearing from Akil [PH], and uh, you know what he was going through before you went to Syria, did you know anyone else that had already gone?

EA: Yeah yeah.

JC: Sent things back? Oh yeah, do you want some water?

EA: I can't use the bathroom so I don't want to drink too much water.

JC: You can use the bathroom too if you need to it's right there.

EA: Um, yeah a few people that went. But these people, I [UI from 36:17-36:22] I didn't have good relationships with them, um, some of them was [UI].

JC: Yeah.

EA: So, [UI from 36:26-36:31]. But even when Akil [PH] was gone, I was always so busy with my work.

JC: Uh huh.

24
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: He was coming [UI] and the kids. And they would show me like a video and stuff. And [UI from 36:44-36:48].

JC: Yeah.

EA: [UI] work with my hands.

JC: Yeah, but you're a, you're a planner. You like to plan in advance and make sure that you know your –

EA: I like to be organized.

JC: Yeah.

EA: Because you know we learn that from living in the states [UI]. Yeah we learn to be organized. Yeah and, and if there's one thing I see in the Arab they have no idea. [UI] And you try to organize them, they think you want to be a [UI from 37:15-37:20].

JC: They probably didn't care that you were an English speaker either.

EA: English, uh, [UI].

JC: I mean did they distrust you at all because, you know, you weren't from the Middle East and you weren't a native Arabic speaker?

EA: Yeah, they think I don't have [UI].

JC: Good.

EA: And they think they [UI from 37:43-02].

JC: So what, what research did you do on the Islamic State before you went to Syria?

EA: I, I didn't do much research. I just um, made [UI from 38:10-38:44].

JC: Now, by 2015.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

SK: Let me step in real quick, because he asked you about research that you did a little bit before. Now, remember when I said we don't want you to withhold any information. So, you did do some research though. You watched, did you – what kind of videos and stuff did you watch?

EA: In 2014?

SK: Yeah.

EA: [UI] about this, ISIS, about, I didn't know anything. The first people that were going, it was um, it was three people from Trinidad [UI from 39:16-39:21].

SK: What was the last one?

EA: [UI].

JC: [UI]?

EA: Yes. And then a second group was trying to go, [UI], they were trying to go to Venezuela [UI from 39:32-40:15].

SK: Who was that?

EA: His is Fareed [PH].

SK: Who?

EA: Fareed [PH].

JC: Fareed [PH]? Do you know what his last name is? Fareed [PH]…?

EA: Abudullah [PH].

JC: Abdullah [PH].

EA: [UI from 40:26-40:29].

JC: I'm sorry what do they call him?

EA: Abu Abdallah [PH].

26
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


JC: Abu Abdallah [PH].

EA: Okay, so and then at some time I was [UI from 40:35-40:54]. The, the younger people was getting in contact with me. [UI from 40:59-41:15].

JC: So.

EA: These are, the people, the, the people we really, we could trust. These people. And really, when we trust [UI] it was worth it to us. [UI from 41:30-42:01].

SK: So, no doubles? [laughter]

EA: [UI].

JC: So back, uh, so you left in March of 2015, right?

EA: Yeah.

JC: That's when you, when you left, uh, Trinidad. But by then, um, the Islamic State had already put out the "Flames of War" video, right?

EA: Yeah, I had seen the [UI].

JC: You had seen the "Flames of War" video?

EA: Yeah.

JC: Before you left?

EA: Yeah.

JC: So what did you think, like what's in the "Flames of War" video?

EA: I can't really exactly remember now, but you know, some of the things that I guess that, when I see it, is that some of these things are not good, there was a lot of propaganda, [UI] from the West, about what they, what they portray about the Islamic State. [UI] on the right path at that time.

27
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: So you think that part of the "Flames of War" video that was true was the part where they said that the West was portraying them in a wrong way using propaganda?

EA: Yeah.

JC: Uh huh. But, what, what –

EA: We um, [UI] the belief that the Western and the Muslim world was [UI].

JC: Uh huh.

EA: And this is something that [UI]. It is something that the Imam, he, he teaches. Because I mean, he used a lot of evidence from the past that [UI] what happened. I can't remember everything now. You know I remember going with him in the mosque and most of the people in the mosque would think like this, that the, that the West they don't like Muslims, and they, they always will fight against you, and and give you a hard time and [UI from 43:49-43:56].

JC: So in the, in the video –

EA: Well I told them I remember from the states, I tell them which I know for myself, that the American people are very nice.

JC: The American people what?

EA: They are very nice people.

JC: Oh thank you.

EA: Yeah. They're polite, they are straight forward. And the things you would see in Trinidad were the worst people I saw in the world, and in Syria. They attack you every time, every step of the way. And when you thought they couldn't get worse, they got worse. They will, uh backstab you, they will, they will smile at you. You never see that ever in America, or even in Trinidad.

JC: So, Emraan –

EA: [UI] little extent. But America, is not, is not the [UI]. People in America, they want the best house and jobs, and take care of the family. Over there they speak of them so bad.

JC: I'm going to ask you a straight forward honest question.

28
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: Yeah.

JC: So, in the "Flames of War" video, the way that they talk about fighting against the propaganda of the West and the other ills of the West against the Islamic people, is exclusively, you know violent Jihad, right? So, in, in that video at least, maybe there are other teachings outside of the video, but the video is focused exclusively on fighting. Military fighting. How can you, you know, put yourself back in 2014 or 2015 when you see the video for the first time, watching that video, 'cause I've watched the video, how can you look at that and not know that that's what you were going to be a part of when you went to Syria? I mean I understand wanting to be – I, I do – I understand wanting to be part of a community of people like you, that's what I seek, too. I don't want to be, I don't want my kids, I have kids, too. I don't want my kids to grow up in a hedonistic culture of sex and drugs and everything like that. I understand completely because that is disgusting. Um, but when you watch the video, you get an overwhelming sense of, the Islamic State, right now at least, is about war. And how could you not know that going there you would be putting yourself in war, and expected to fight in war, and put your kids in that?

EA: [UI] I don't remember everything they're the first ones I watched, but, um, we, going there, I, I never, I'm not, uh, I never like was involved in those things and I didn't [UI] so I never thought about [UI].

JC: So what did you expect to do?

EA: [UI from 46:48-46:51] this society, where [UI] we were reading about this perfect society, where we have a [UI] community where everyone is really helping each other. And you go there and it's like you're brother to the next one, and they have that love and that brotherhood you have, you, your children are not exposed to any of these, [UI] alcohol, smoking, uh, uh, sex, uh uh, the partying, [UI] Trinidad have [UI from 47:28-47:41] I try my best, my children, I said I don't want them to go through what I went through. Because I, for me I, um, I, I see these things, [UI] teachings, if you want to be somebody who's, uh, you know being a good Muslim, [UI] these things. [UI] these things I say, I [UI], what this, the Khalif, he said, this is your, your, your, uh [UI] come to live. If you want to fight then that's their business. If you want [UI from 48:10-48:34].

JC: So what did you expect your profession to be when you went over there?

EA: [UI].

29
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: You expected to build?

EA: Yeah. Um –

JC: Did you, did you –

EA: [UI] business owner, I [UI] I, I, anything I'm used to selling. Cars, real estate, and uh restaurant, a restaurant broker.

JC: Uh huh.

EA: So, 3 businesses, that's like my [UI from 49:00-49:04] what I can do, what I can sell, what can I [UI from 49:07-49:15].

JC: I'm going to touch –

EA: I [UI from 49:16-49:23] and then I work and work and work.

JC: You're very successful.

EA: I-I wouldn't say successful because I wasn't, you know, I thought I worked hard.

JC: Uh huh.

EA: Worked so hard. I'm tired now. [UI] my children, the reason I left the states also, [UI]. It was me who would get up and pray in the morning before sunrise, and come back at 10 o'clock at night.

JC: I want to touch on the video one more time and then we're going to move on. So you showed "The Flames of War" to your kids before you left.

EA: More like they showed me it.

JC: They showed it to you?

EA: So [UI] these things. I-I would come home in the night tired and sleep in the [UI] on the couch watching whoever showed me these things.

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: You remember, you remember they showed it to you. How did, how did, why were they showing it to you?

EA: It was my suggestion, they would have these [UI], because me I, I never you know, talk with these people who [UI], but it spread fast. It was [UI] –

JC: So, so, I mean, but why was it spreading so fast? Because I, I mean remember in 2014, 15, teenagers, then where I lived, weren't spreading that video around. That wasn't a common thing.

EA: [UI from 50:38-50:47] like someone who is doing something first time, nobody, no one was doing that thing. It seem like [UI from 50:52-51:12]. Some people were sincere and they thought it something [UI]. And then some people they just, they just saw opportunity, and they, they tried to abuse it by [UI]. They going to run away from where they would live, [UI from 51:30-51:38].

JC: Gotcha.

SK: Let me ask one question, Emraan. In 2014, how would you have described ISIS?

EA: 14?

SK: Yeah. The year before you were leaving, your understanding of ISIS before you went to Syria, how would you describe ISIS?

EA: Well, I would describe it uh, [UI from 51:58-52:12]. Because is like a promise, like a prophecy.

JC: Uh huh.

EA: That we, [UI from 52:16-19]. That we would have this type of community [UI from 52:23-52:39]. People is using this as [UI from 52:40-52:45]. They always find something. One thing you would find for instance, was [UI from 52:47-51].

JC: So I want to go back to leaving Trinidad again, but while you're talking about that, do you think that the prophecy is still being fulfilled? Or, or do you think you were mistaken and the prophecy was being fulfilled at that time.

EA: So there is, uh, there is clearly, uh, wrong. Some [UI] did bad things. And um, so clearly. Anyone who was there, and that you have a little common sense, and uh, [UI].

31
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: What-what, I'm sorry, what about the Iraqis?

EA: It was ruled by the Iraqis.

JC: It was ruled by the Iraqis?

EA: Yeah we [UI] had problems with, with the Syrians, and the Iraqis fighting [UI]. And uh, even, even the, the, the troops, the few troops [UI] that they had there, they killed them or put them in prisons. So [UI from 53:41-53:59]. This was made clear. And uh, a lot of people they stopped working for them [UI from 54:05-54:18].

JC: So, uh, when you left Trinidad and you, you know, made your way to Syria, who was your, was Akeel your contact for getting into Syria? And, uh –

EA: But he had contact with someone who worked for the government. What's his name? That uh, he gave me the number, he said this call [UI].

JC: So –

EA: He was the one who, uh they have to give you a certain [UI]. The give you uh -

JC: A number?

EA: No, someone has to say they know and, they, they recommend you.

JC: They have to vouch for you.

EA: Yeah. They do.

SK: A nomination.

JC: To make sure –

EA: [UI from 54:52-55:00]. Basically when they get to Turkey [UI], then he will give you directions.

JC: So you eventually when to Gazi [PH] and Tepp [PH] right? And that was the last place you went before you crossed the border?

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: They told me, they told me take that bus but, [UI]. So I just, I just took a plane.

JC: Uh huh.

EA: [UI from 55:16-55:23]. I just book a flight and we went to Gazi [PH] [UI], and um, from there.

JC: So was border crossing dangerous, when you went from Turkey to Syria?

EA: Uh, it was a little dangerous, um. The Turkish [UI] was controlling.

JC: The Turkish what?

EA: The Turkish [UI from 55:35-40].

JC: The army, like the tank.

EA: Yeah.

JC: Yeah.

EA: [UI from 55:44-56:24] she's heavy, she's tired.

JC: Did you ever hear stories of people getting caught running across the border from Turkey to Syria? Or did most people make it.

EA: [UI].

JC: People typically made it?

EA: I don't [UI from 56:40-56:53].

JC: So, once you got to Syria, uh, there were people from the Islamic State that met you there, correct?

EA: Uh, yeah.

JC: One-once, once you crossed over.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Once you cross [57:00-57:08] it looks like a big school yard with the government [UI from 57:10-57:15].

JC: How long were you separated?

EA: Maybe, uh, 2 or 3 weeks.

JC: Where, did, where did the women go?

EA: [UI] it was a single type, uh, uh building. All the women were there because [UI from 57:26-57:40].

JC: And all your family was there at that time then? Reunited?

EA: Yeah.

JC: How long did you get to stay in Manvich [PH]?

EA: In Manvich [PH]? We stayed there like maybe, uh, 2 or 3 months. But they insist when you go there when you go to Manvich [PH], that you speak with, uh, the Sharif [PH] [UI].

JC: Uh huh.

EA: This is the training that the, the religious training. And they took us to uh, uh the place. Because they put us in a house, with the woman and-and us, and they have a few other people there [UI] that we didn't know. They um, they took us there, and when [UI] we told them we can't. We don't know how to. [UI from 58:25-30].

JC: To Rocca [PH]?

EA: [UI from 58:30-58:39]. I insist on it, I said uh, my family [UI].

JC: So, were you surprised when you found that you were going to have to go through this training?

EA: Uh, I uh, that they forced upon me? Uh yeah. Yeah, but I knew from uh, from before that the [UI] did go through this training. That basically, I'm thinking, you come to live, you don't need this. Uh, [UI from 59:00-59:05]. But uh for me, my family [UI], they, they give me some

34
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

time and they said um, that [UI from 59:11-59:25]. And then they send them to training and they finish the training, then they, they house them [UI].

JC: Uh huh.

EA: They [UI].

JC: So, Akil [PH], when he was uh, over in the Islamic state before he went to training, he was, you know, messaging you. Did he tell you at any time that hey, you know, I'm slated for training. Uh, it's mandatory for me and when you get over you're going to have to go to training, too?

EA: Um, [UI from 59:53-58]. It was um, it was common that if you got a, if you got a flight, and you [UI] training.

JC: So Akil [PH] made it seem like it was optional?

EA: Um, [UI] with, there was more they gave the flight and stuff so he knew for him that he wanted to [UI 1:00:15-1:00:20].

JC: You see where I'm getting at with this questions right,?

EA: Yeah.

JC: Because, the, you've got the "Flames of War" video, that, is put out by the Islamic State as the first major video that they put out. And it's, it comes out right before you go. And it's focused on war, and then you have people who go over, and, that you know personally, that, are telling you that they're going to go to training. What could've given you the idea that you could've done anything other than go fight?

EA: [UI 1:00:55-1:01:01].

JC: Who-who-who made it clear?

EA: The [UI]. The – I ask these guys [UI]. They said [UI] they said come. [UI] come bring your family come to live. If you want to fight you can go fight. This was all made clear. [UI 1:01:15-1:01:19] you want to bring your family to live come to live.

JC: So, so when did find out that you were going to have to go to military training?

35
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: When-when, when we got there um, [UI] Manvich. They came um, to the house we were staying. [UI] in the house, and um, it was like a, a type of prison system. They wouldn't [UI 1:01:36-1:01:56]. When I went to Rocca I tried to avoid it. I stayed like maybe, months, I [UI] get a house for my family [UI from 1:02:03-1:02:10]. I stayed like maybe 3 months in the house and then they [UI] house.

JC: Uh huh.

EA: [UI from 1:02:14-1:02:17].

JC: How old was Jihad then? Fo-fifteen?

EA: He was fifteen. They said fifteen was mandatory. Because –

JC: Okay, he was fifteen not fourteen.

EA: [UI].

JC: When-when-what time of year was this? That-that you had to start training, like the summer of 2015?

EA: [UI] um, it starting getting cold, so it would have been September.

JC: September of 2015?

EA: [IA].

JC: So when you went to training, uh, what did the training consist of? The-the military training.

EA: The military? It was [UI from 1:02:51-1:03:11] it was like 3 weeks. The first few weeks, they um, they give you a weapon, no bullets, but they give you a weapon –

SK: What kind of weapon?

EA: Huh?

SK: What kind?

36
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Uh… [UI]. And um, they um, [UI] in the morning, you had to go jogging [UI] that was early in the morning. Then [UI] they would give you the weapon and then they would um, they would um, go through like some, something like position, position.

JC: What do you mean?

EA: Like, you would um, you would see [UI] side, the back, this, this building. Another thing they teach you is how to take the weapon apart, clean it, put it back. Um, [UI] they teach you. Um, then they give you like uh, I guess uh seven bullets, and they dig up some pallets.

JC: They gave you seven bullets at the end?

EA: Yeah. [UI 1:04:13-1:04:29].

SK: Did you [UI]?

EA: [UI].

JC: You-you had experience shooting, though, prior to going to Syria, right? At least a little bit?

EA: [UI].

JC: Yeah

EA: [UI].

JC: Hey man.

UM: Hey.

JC: Him and I, him and I both love, my guns. I-I was prior military, of course we're agents now, and uh, I grew up hunting deer and stuff like that so.

EA: Like hunting and finishing [UI].

JC: Yeah, man that's like the good life right there, yeah.

EA: But, no, no [UI] a make-shift, homemade shotgun.

37
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: A makeshift homemade shotgun?

SK: In Trinidad?

EA: Yeah. [UI from 1:05:11-1:05:26] these things they, they were never too safe [UI].

JC: So, in the, in the whole training, they only gave you seven rounds to actually fire?

EA: Yeah, [UI].

JC: Were they running low on ammunition, or…?

EA: I think it's safety. Because somebody [UI] shoot someone and kill someone.

JC: Oh, that makes sense.

EA: Yeah, some, some kid, young kid – he died. Yeah. Um, [UI].

JC: Did they, did they give you any, uh, like, uh training on how to – I'm-I'm just interested. Did they give you any training on how to, like, fight as a group? Like, like as a group. You know, like, tactical, uh, you know, like a team. Like ten people going in, how to, how to clear a house, or how to take a position, or anything like that?

EA: No, no [1:06:23-1:06:39].

JC: You say what?

EA: You say [UI] meaning in the name of [UI].

JC: Okay.

EA: So you say [UI] and you pull the trigger, on the gun. That's what they believe.

JC: Yeah.

EA: Yeah. That's what, they don't believe in [UI], told you you're dispensable [UI].

JC: They thought that they were dispensable.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Dispensable, yeah.

JC: They thought, they thought people like you were dispensable.

EA: Yeah, dispensable. Yeah, because we're not one of the [UI] they say, don't worry, how much men you need? When, when people was getting killed. Like the, like the, like the tens, and the twenties, and fifteens. They say oh, [UI] come out every day, we have how many you need. The [UI] training, [UI from 1:07:16-1:07:36].

JC: They-they were in the masjed with you?

EA: No they [UI].

JC: The massacre?

EA: No, it's the training. The training camp.

JC: The training, okay. Fifty or sixty people that were in the training camp.

EA: [UI] and they serve with me. [UI] most of them didn't come out.

JC: Was it – this was after your training, right? What did they tell you was the purpose of the training?

EA: The training?

JC: Yeah.

EA: Well basically you-you train because you [UI from 1:08:02-1:08:14]

JC: So when you graduated – well when you finished your training right, you said that about about fif- you know, shortly after, there was some kind of engagement where fifty or sixty of the people that you graduated with died. Was that in the Anwar Al Aki [PH] Battalion?

EA: Yeah. When I was [UI] they assigned me to [UI], they assigned me to this group. I told them I-I can't do it I am sick, I have issues. Because even through the training I wasn't doing much of the heavy training. And I got sick in the training and end up in the hospital in [UI].

JC: What kind of sick?

39
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: [UI]. I have like, uh, low blood pressure and I have a [UI]. That's why with the breathing, I [UI] enclosed space. It's very hard for me, with the breathing. That's why [UI] hard time with the breathing. I wake up I take aspirin or allergy pill. [UI from 1:09:12-1:09:24]. So, I told them you know, I can't do it I'm sick. [UI] this is your job. So I went, and [UI].

JC: When you went, when you went up there? Up where?

EA: Um, Shahdie [PH].

JC: Shahdie [PH].

EA: This would be like, um, it was cold, it was cold. This would be like maybe December or something like this. Um, 2015, 2016 [UI]. They send a lot of people they shouldn't. They went over there, and they, they insist we go to fight. [UI from 1:10:02-1:10:14].

JC: How many people were in your battalion total at that time?

EA: It was like, uh, it was troops. [UI] maybe like thirty or [UI].

JC: Thirty.

EA:[UI from 1:10:24-1:10:40] I end up in the hospital in Shadan [PH] they took me, and then they did the ECG. [UI] they kept me in the hospital like 3 days, and then they send me back to Rocca. After that they keep [UI] me with their doctor, the [UI from 1:11:02-1:11:30 with BN].

JC: So, um, going back to the battle or the right where, you know, the large group of people in your battalion died. What was the objective? What were they trying to do.

EA: [UI from 1:11:42-1:11:58 with BN] because you're dispensable.

JC: So what, what were they trying to do, though?

EA: I think at that point, [UI from 1:12:03-1:12:13].

JC: What, what came and killed them?

EA: [UI from 1:12:10-1:12:16].

40
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: Yeah.

EA: [UI].

JC: So they, they were driving in their cars to go somewhere and the gunship came in and hit all the cars?

EA: [UI from 1:12:24-1:12:33].

JC: Where were you?

EA: I was, I was in the house in [UI].

JC: Were you, were able to see what was happening?

EA: [UI from 1:12:40-1:12:53].

JC: How long after you finished your training did that take place?

EA: This was like um, [UI] this was um, not long.

JC: It was what?

EA: [UI from 1:12:59-1:13:13]

JC: Had your, had your group, you know, your group of 30, had you been sent out on a mission or something before that point?

EA: [UI]. This was [UI from 1:13:23-1:13:31].

JC: Your group what?

EA: Our group didn't go first.

JC: Yes. So the first group that went out, they got massacred by this gunship, and then, you got scared. I think very reasonably so, right?

EA: [UI] they say they send more.

41
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: And they kept sending more?

EA: Yup. [UI] some of the guys came to the hospital. Uh, and [UI].

JC: Where was Jihad during this time?
EA: [UI] take him with me, I-I said no [UI]. But then after I was finished [UI from 1:14:14-1:14:35]. After the-the Shari [PH], the religious course, then they took us for the military training.

JC: So the religious course was before the military training, or after? It was before.

EA: [UI from 1:14:46-1:15:03].

JC: [UI].

EA: [UI from 1:15:05-1:15:10]

JC: And when you, when you broke –

EA: They give you a test at the end.

JC: Oh, yeah. What language, was the, was the test in.

EA: It was in English [UI].

JC: It was in English? Okay, good.

EA: I didn't do great.

JC: You didn't do well?

EA: They said you had to make sixty, uh percent on it to pass. Otherwise you have to [UI]. But I couldn't. Every day I look at some way to get out. I couldn't.

JC: So, so what happens if you didn't make the sixty percent?

EA: [UI] the guy he just said this. He just wanted me to do better.

JC: Oh okay.

42
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: Yeah, because I-I [UI].

JC: What did he –

EA: Only one person passed. [UI].

JC: Must have been a hard test.

EA: Yeah. It's like first off they try to teach you, uh, [UI] it was, it was to me it was, the [UI]. Even though you, it's in English, it is very hard to describe these things [UI], so very difficult.

JC: So when you broke out of the training, the religious training, how long had you been there? In the training. How long had been in the religious training when you broke out?

EA: This one [UI] each weekend.

JC: And when you broke out –

EA: [UI].

JC: Oh so after the religious training.

EA: [UI from 1:16:33-1:16:55].

JC: Ah!

EA: [UI].

JC: So they had, they had no idea.

EA: That was a Friday, Ramadan. And I missed Ramadan [UI] with my family. I went to [UI from 1:17:13-1:17:24].

JC: The time that you left, they did a head count?

EA: One time.

JC: Wow.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: I said, I said [UI from 1:17:30-1:17:34].

JC: So then, they found you at you family's house?

EA: No, no, [UI from 1:17:38-1:18:14].

JC: Oh!

EA: They said they were investigating me and [UI].

JC: I guess it came out okay, right?

EA: Eventually, um, they, [UI] he's not spying, he misses his family, he's an old guy. And they say, we still have to watch him. So the next religious training they [UI].

JC: So when you went home, was Jihad already in training?

EA: I'm trying to think, [UI from 1:18:39-1:18:47] they would have like a, it's like a party where you invited everyone to your house. And one uh, one guy, [UI from 1:18:54-1:19:00] he like a big, uh, big [UI] and cooked food for everyone, so we went there. And all the Trinidadians were there.

JC: Uh huh.

EA: So we um, that's where we met everyone and eat and, of course [UI] Ramaddan and enjoy, because we used to, like a big [UI]. And Ramadaan we [UI] –

JC: Yeah.

EA: [UI].

JC: Everyone gets together. That's a good time.

EA: [UI].

JC: So, did uh, when Jihad did go to training, did he go to the like same training camp you went to?

44
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Yeah.

JC: Was the training camp just for English speakers or did everyone go there?

EA: Everyone.

JC: Everyone went there:

EA: [UI from 1:19:49-1:20:12]

JC: Oh, a dam?

EA: A dam. It was along [UI] this huge area. This huge area. So [UI from 1:20:18-1:20:32].

JC: Uh, so, your, your battalion when you finished training was the English speaking battalion, right?

EA: Well we had a mix.

JC: You had what?

EA: It was mixed.

JC: It was mixed!

EA: [UI] it was mixed. [Silence from 1:20:46-1:20:51]. Yes it was mixed, because it had, um, it had um [UI].

JC: That did not speak English?

EA: Yeah. Some of them speak English and [UI]. English, if you could get by [UI from 1:21:05-1:21:38].

JC: The educated ones?

EA: Generally [UI from 1:21:41-1:22:16] I have a good time.

45
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: Yeah, everyone speaks English. I-I say that all the time, like I'd like to learn another language but everyone speaks English and I'm too lazy to just learn something when everyone speaks English.

EA: [UI from 1:22:29-1:22:46].

JC: Oh gosh. How, uh –

EA: [UI].

JC: I bet, yet, it's been a long time.

EA: It's, a, a big mistake. [UI from 1:23:00-1:23:23].

JC: Get back to doing some construction, some farming… just family time. Um, when Jihad finished his training, did he join the same battalion that you were initially placed in?

EA: No, [UI].

JC: [UI] whoops, I'm sorry

EA: [UI from 1:23:42-1:23:57] but um I was out. By that time I was not going there I was [UI].

JC: When-when-

EA: [UI] 1 months or 2 months later.

JC: When would that have been?

EA: Uh, that would have been like, uh, late uh, 2015. 2015, 2016.

JC: Did you see, uh, after you know left the battalion and Jihad had went to training, he went to his own battalion and you said he-he moved after that. Did you see him much after that?

EA: I had a big problem with Jihad. I had a big problem with Jihad because I was telling him he was hanging out with some of these guys that I was very concerned. These guys who I knew from Trinidad, that they {UI from 1:24:48-1:24:57] he's a big man now. He doesn't listen to me. [UI] on the street or something. But I would pass him on the street.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: Pass Jihad on the street?

EA: Yeah. I'd [UI from 1:25:11-1:25:44].

JC: So about, uh, when was it would you say that Jihad left your house. Was it about when he finished his training?

EA: Soon after.

JC: Soon after he finished his training he left your house? And from that point until about 6 months before Bagdus [PH] you almost never saw him?

EA: You see [UI from 1:26:01-1:26:08].

JC: Islam?

EA: [UI from 1:26:10-1:26:38].

JC: So when you sent Islam to go talk to Jihad, what, what did you ask Islam to talk to him about?

EA: No nothing bad. But [UI].

JC: Oh okay.

EA: [UI] I would be driving by and see him on the street and [UI from 1:26:52 – 1:27:00].

JC: Was Jihad –

EA: [UI from 1:27:00–1:27:06].

JC: Would Jihad acknowledge you if he saw you passing? Would he say, "Hey Dad?"

EA: [UI from 1:27:08-1:27:23].

SK: I want ask something real quick about that. How was, um, how was – so Jihad was 14? Right, at the time?

EA: He was 15 actually.

47
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


SK: 15, ok. How was he selected to, what was the process of him being selected to, uh, go to training?

EA: There's no selection there. [UI from 1:27:44-1:27:49].

SK: Okay, so –

EA: The one thing I remember is the [UI] of November. So that would have been, uh, maybe Sepetember [UI].

SK: Okay, and so yeah what was that process? So it was mandatory, so [UI].

EA: [UI].
SK: Then what happened? What? Explain it.

EA: [UI from 1:28:09-1:28:31].

SK: And –

EA: [UI from 1:28:32-1:28:27].

JC: So Ji- did Jihad want to wait until he was 15? Like, what was his mindset and what was your mindset.

EA: [UI from 1:28:44-1:28:50].

SK: What were you telling him? What were you telling him?

EA: [UI from 1:28:54-1:29:33] I-I-I-I know if I have the chance again, [UI] with a younger self, I could have think twice about it [UI from 1:29:38-1:29:54.

JC: Mmhmm, yeah.

EA: [UI 1:29:55-1:30:16].

SK: So, Emraan, you knew at one point that they're going to come for Jihad to go to training. Right? Because you said it was mandatory by the time they were 15, so you knew it was going to happen at some point.

48
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: It was, uh, [UI] if you tried to avoid it, or make excuse, or something –

SK: Okay, so what was your conversation with Jihad leading up to – so he turns 15, you know this going to happen soon. Pause real quick, we're going to do a quick security switch with these two gentlemen.

[Background voices]

JC: Do-do you want this banana? It's a little bit ripe. But, I brought it for you. Or a bottle of water?

EA: Banana [UI] the last time I had a banana was, um, Jason.

JC: Do-do-do you-

[OV from 1:31:14-1:31:20]

EA: [UI] give it to Jihad.

JC: Do-do-do you want me to, uh – no we have other bananas for him, too.

EA: Okay well then –

JC: Yeah, do you want me to peel it for you or?

EA: [UI].

JC: No please, go ahead, eat now. Take – yeah, take-take-take a break.

[OV]

SK: We can take a quick break while they're changing out real quick.

JC: Sorry that it's so ripe. That's about as good as we could do.

EA: Actually, it's ripe it's good it's awesome.

JC: Good, yeah

49
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


[Multiple voices laughing]

JC: The face shield, yeah.

SK: Yeah, perfect.

JC: I'm going to eat a snack, too.

[Voices in background]

EA: [UI].

JC: You now, what, man. Like, it's not a problem. Um -

EA: [UI].

JC: I-I—

EA: [UI from 1:32:31-1:32:41] so happy.

JC: I have enjoyed meeting your family. I have enjoyed going down to Trinidad, your beautiful country, several times. And it is a beautiful place. You're right, there's way too much drugs and drinking and everything else down there, but, it's a beautiful place and there's good people down there. Nema is, she is a joy, uh, it's just been good, good meeting them, and I'm sorry that, you know, you're in this situation that you're in.

EA: Nema is um, she's like uh, just like my mom. [UI]. But Lorry, is a good guy. And we've been friends for a long time.

JC: You know Lorry [PH]?

EA: Yeah [UI].

JC: Yeah.

EA: [UI] we used to do business. He owned a big real estate company. My construction company. And how do you think we decide to do business? I start doing jobs for them, when he buy houses we fix it up. I used to be so busy I would do the work on [UI from 1:33:54-1:34:01]

50
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

his sister, um, Shelly, [UI from 1:34:04-1:34:15] she paid me like $6,000. But when [UI] only $4,000. I said, Shelly, [UI] $4,000. She said no, no, no [UI]. I said [UI from 1:34:26-1:34:44]. They trust me. They trust me and they trust – they used to buy, uh, we used to buy the houses together. They would buy the house, I would do the work. And we would sell the house. Or rent it. [UI] jobs. Yeah, but, this, this, this I trust. And [UI].

JC: [UI]?

EA: [UI from 1:35:09-1:35:33].

JC: What is it?

EA: [UI].

JC: Donny McCorporal [PH]

EA: McCorporal [PH].

JC: Hmm, I don't know who that is.

EA: [UI].

JC: So, Lorry [PH], has been keeping Nema, and your grandson Abdullah [PH].

EA: [UI].

JC: For a year.

SK: [UI].

JC: And, because he's keeping them. The state of New York owes him, or could pay him, $1,000 per month to take care of them. He does not accept any money from them.

EA: [UI].

JC: He takes care of them out of the goodness of his heart. He's a good man.

EA: [UI from 1:36:13-1:36:20].

51
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

SK: So, Emraan, we are going to take off in about 20 minutes, so I just want to talk for another 20 minutes and then we'll take another break, uh, while the plane takes off and we can kind of regroup. Leading up to Jihad turning 15, you know that this was an imminent event where he would go to training. What was the conversation, or conversations, that you had with Jihad about him eventually going to training.

EA: Well, um, [UI] basically what I was telling him is [UI from 1:36:57-1:37:12].

JC: What-what-what bad advice was he getting?

EA: People [UI from 1:37:15-1:37:49] push them away.

SK: What was his response?

EA: He, um, [UI] realize to himself [UI from 1:37:57-1:38:05]

SK: At the time when you were encouraging him to stay at the house and not go to training, which is what you just said—

EA: [UI].

SK: --what was his response?

EA: [UI]? You know that Jihad was always, he-he always listen and [UI]. But we can [UI] you know. You hope that it gets in his head.

SK: Was he scared about going to training?

EA: Um, I don't think he was scared but he was um, he was [UI] because I actually, I actually told him that [UI] but I'm not here [UI].

JC: So, once, once you got there, to Syria, and you saw that it was mandatory for you to go to training and you knew at that point what it entailed. And you knew that Jihad was going to go to training, too, and you knew he was too young. You know, he wasn't ready yet. You knew that eventually all of your sons would have to go to training. Why didn't you try to leave?

EA: Well, at that point, [UI from 1:39:22-1:39:27].

JC: When was that?

52
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: This was like, um, when we got there [UI] 3 or 4 months. [UI].

JC: Mmhmm.

EA: [UI from 1:39:38-1:39:48] they say that you are abandoning your religion and they, they're going to kill you. [UI from 1:39:52-1:40:08].

JC: If you could have left then, would you have left?

EA: Yeah.

JC: I want to fast forward now. This is jump all the way –

EA: [UI] once I seen things that were going bad. It was really difficult because you couldn't trust, you couldn't even talk about it. Because [UI] talking about these things. [UI from 1:40:28-1:40:38].

JC: I want to fast forward all the way to Baguse [PH], the very end, or, you had to surrender. Could you have surrendered at any point before you did? [break] You could have. Why didn't you?

EA: I-I-I [UI]

JC: I-I'm sorry.

EA: [UI from 1:41:01-1:41:41] and we paid him some money, I left, we left the ISIS completely, [UI].

JC: So what were you hoping for? Because Baguse [PH] is being, you know, just bombed to hell, right? It's being destroyed?

EA: [UI from 1:41:51-1:42:00].

JC: I'm sorry, who's saying that?

EA: [UI].

JC: Oh, the Islamic State.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: Yeah. [UI from1:42:06-1:42:35].

JC: So you were hoping that the Islamic State would be able to make a deal with SDF?

EA: [UI].

JC: That you would be able to stay in some protected area?

EA: Yeah be able to leave [UI].

JC: Be able to leave where to one of those areas?

EA: [UI]. My, my wife, [UI], [UI] cousin.

JC: And who, and who would've gone to one of these areas, it would've been all Islamic State, correct?

EA: [UI from 1:43:02-1:42:08] like a truce. [UI from 1:43:09-1:43:17] and many times, we-we-we [UI].

JC: Did you ever hear of anyone being smuggled out successfully?

EA: [break] [UI from 1:43:31-1:44:12].

JC: Wow.

EA: The-the-the—

JC: The secret police?

EA: [UI].

JC: [UI].

EA: And maybe they [UI] paid for [UI] it was so bad. In the last days [UI]. Those were the worst times I go through in my life. [UI from 1:44:31-1:44:58].

JC: I-I'm sorry.

54
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: Like $50. One kilo of flour.

JC: One kilo of flour for $50?

EA. Yeah, yeah. So [UI from 1:45:05-1:45:13].

JC: So, what-

EA: It's it's very bad.

JC: So what convinced you to finally surrender in Baguse [PH]?

EA: The last, they-they-they give uh, the last few you had to have everyone, they said c-come, come with me.

JC: Who-who said that?

EA: Eh, everyone, um, that was in, uh [UI from 1:45:34-1:45:39] they said they make some deal with um, with the Americans. That we all [UI].

JC: But who was saying that, the Islamic State or?

EA: Yeah yeah yeah, the Islamic State. It some guy who was in charge, I see him once or twice, we called him [UI]. He said this time we made some deal, but I think still [UI 1:46:01-1:46:09] they said was still like a thousand people or something left [UI].

JC: Okay.

EA: [UI 1:46:17-1:46:35].

JC: I'm sorry, [UI].

EA: [UI from 1:46:38-1:46:51].

JC: I'm sorry for that loss.

EA: And, uh, [UI from 1:46:54-1:47:02].

55
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: I'm sorry.

EA: But it was uh, very [UI from 1:47:08-1:47:39].

JC: Mmhmm.

EA: Yeah, [UI]. [break] [UI from 1:47:46-1:48:03].

JC: Uh-uh, do we, do you want to close this up for takeoff, or?

SK: Yeah.

JC: Okay.

SK: Yeah, because we're going to take off we have to, we're going to just take a break. I'm going to put the eyes and ears back on and everything [noise] and so we have a clean takeoff again, and once we level back off, Emraan, we'll come back in.

EA: Can I use the bathroom?

JC: Oh yeah, absolutely. Please, use the bathroom.

SK: Alright, you can get up here, can you get up?

EA: [UI]

[noise]

SK: [UI].

EA: [UI].

SK: [UI]

[Background noise from 1:48:37-1:48:45]

EA: [UI].

SK: What's that? Oh yeah.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


[Background noise from 1:48:53-1:49:05]

**[End of Part 1 Recording at 01:49:05]**

**[Beginning of Part 2 Recording at 00:00:00]**

[Background noise]

SK: We're going to talk for another hour and then you can go back to sleep.

EA: Okay.

SK: Okay, alright. So you're [UI].

EA: [UI].

SK: Yeah, yeah, yeah. Fine.

EA: [UI].

SK: Okay, okay hold on. Hold on. Hold on. We'll get your eyes off. Just a sec. Just a sec.

[Background noise from 0:22-0:45]

JC: Sorry to wake you up, soon you'll be able to sleep for a long time, I promise.

EA: It's okay.

JC: Is it, uh –

UM: [UI].

JC: Was it hard or easy to sleep in the prison in Syria?

EA: Uh, in Syria?

JC: Yeah.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Um [UI and background noise].

JC: You didn't sleep that much?

EA: No. [UI from 1:07-1:13]. Jihad can sleep.

JC: Jihad sleeps well? Good, well, he's a teenage boy.

EA: [UI].

JC: [laughter]

EA: I wake up at the smallest noise.

JC: Yeah.

EA: [UI].

JC: I'm the same way, it's hard for me to sleep. And, like, this, is good sleeping. You know you've got a nice home, and, well except for us bothering you [laughter]. You know, you'll be able to sleep well.

EA: At least, on this, uh, you guys [UI].

JC: Yeah.

EA: This time especially.
JC: Did-

EA: [UI from 1:46-1:51].

JC: Do you need a water?

EA: [UI].

JC: Yeah.

EA: [UI] a bunch of trouble.

58
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: No, you are no trouble at all. No trouble at all.

[Background noise from 2:00-2:06].

JC: Here, here let me open it for you. Yeah. The cap was on there tight.

SK: [UI and laughter].

[Background noise 2:14-2:30].

JC: Here. Just let us know whenever you want to drink okay, it's no trouble at all, seriously. I don't mind.

SK: Alright, Emraan. Begin uh, we're just going to try to go over some things in detail, and that's the point. Is just getting down to the detailed things, so, when you answer questions, use full names of people. Don't refer to them as their position, like when you said earlier, like, Imam – you were talking about Nazaeem [PH]. So just say Nazeem [PH]. Okay? Um, you can say Nazeem Mohammed [PH] if you want. So we know, when you, when you said Hasim [PH], say, "Hasim Luqeman [PH]" okay? Use, use full names, okay? Try to be detailed as possible.

JC: [UI].

SK: Um, and then again, as I said, as I said before, you must be truthful with everything, and, what I mean by that is, tell the truth. And also don't withhold any information. You need to make sure you're telling us the whole picture. Okay? This is going to help you in the long run and it's also going to most likely benefit Jihad, okay? Um, do you want to start?

JC: Yeah, I'll start. So, uh, you know we talked about Jihad, we talked about you going to training. Nema, uh, excuse me, Jihad going to training. Uh, Nema – was she staying with you during this time when you were going to training? You started you're your battalion?

EA: She was in my home and all the kids were there.

JC: All the kids together in one? And then you stayed close by, right?

EA: [UI].

JC: You stayed close by? Right? You know, you–you-you didn't go far away from them for a long period of time.

59
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: No we lived in the same house.

JC: Yeah.

EA: [UI].

JC: So –

EA: I never went far away from them except for training.

JC: Right, so, Nema, being the age that she was, being attractive like she is, she attracted a lot of interested from suitors, correct?

EA: Uh, over there it's [UI] because they're all covered up. You don't see anything.

JC: They cover it up? Oh-oh, oh because they're covered up. Right.

EA: Yeah they're all covered up. So you can't really see, uh, [UI from 4:51-4:59].

JC: Did-did, uh-

EA: Especially from Trinidad [UI from 5:02-5:08] just the eyes.

JC: Did-did, did, the guys know, like, how old she was and that she was your daughter and so forth? Basically did they know that you had a 14-15 year old daughter?

EA: People [UI] used to comment on this, you know, [UI from 5:24-5:43].

JC: Yeah, understand. Um, how did guys show their interest in Nema?

EA: Um, no one really asks that. So they, [UI from 5:53-6:09].

JC: But the, I mean, with the men, who are interested in Nema, I mean of course not knowing she looked like, but knew that she was of age and that she was single, how did they go about showing their interest to either getting to know her or marrying her? Did they come to you?

EA: Um, most of them are really shy [UI] -

UNCLASSIFIED

Case Number:
Task/Disk Number:

**[End of Part 2 Recording at 00:06:34]**

**[Beginning of Part 3 Recording at 00:00:00]**

EA: [UI], we had the cousins over there. So, the other cousins and stuff [UI from 0:05-0:13].

JC: Was that normal for people to go to the brothers, younger brothers, that were, you know, Jihad at this time was fifteen, uh, Islam is eleven. Why would they go to them and not go to you? As the father?

EA: Jihad had [UI] like people, everyone that have ADD, except they're nineteen, so they, they had [UI 0:35-0:44].

JC: So what would Jihad tell them then if they were interested in Nema?

EA: Most of the time I didn't even know. Just sometimes he comes to me [UI from 0:53-0:59].

JC: Was there ever a time where, uh, a man met Nema, and did not have your approval?

EA: Met with Nema?

JC: Yeah.

EA: Not that I know of.

JC: So, if a man wanted to meet with Nema, he had to get your approval, right?

EA: Uh, because she was [UI from 1:15-1:20].

JC: Mmhmm.

EA: If I don't know, I don't know, so, there could be a time, that uh, she [UI] to go shopping instead. It happens and I-I don't know. Because, um, if I know I would try to [UI].

JC: So who was the first man to show interest in Nema that you allowed Nema to meet?

EA: Um, the first person was a [UI] some guy named, uh, [UI], uh [UI from 1:49-2:08]. Like girlfriend/boyfriend. [UI] but like, uh [UI] why communicate interest now? [UI] was like, uh,

61
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

girlfriend/boyfriend, and uh, over there, it's [UI]. In, in, uh, in-in ISIS, they would um, she would have uh, [UI from 2:30-2:37].

JC: So what does it mean to be boyfriend and girlfriend in the Islamic State? What-what does, what does that, what does that mean? Like, what does it mean to be boy- because in the United States, if you're boyfriend and girlfriend, you go out on dates, in public, hold hands, show affection, you-you spend time with each other, sometimes without the parents there. In the Islamic State, what does it mean to be boyfriend and girlfriend? What, what do they do?

EA: You have to be an undercover item.

JC: You have to be what?

EA: You have to- everything have to be hidden. [UI] going on for a little while. I-I-I didn't know. [UI from 3:12-3:44] when she said she was interested I said [UI from 3:45-4:03].

JC: Do you consider- [OV with EA] do you consider-

EA: [UI from 4:05-4:11] your daughter or-or, anyone [UI from 4:15-4:19].

JC: So, your, your wife, do you consider her to be a good Muslim woman?

EA: Absolutely [UI].

JC: Why-why would she keep this from you? You know you said you were the last to find out, that it came through the grapevine, that it came through the wife, and that it has-your wife, it has been going on for a while before you found out. Why would she keep that from you?

EA: I don't think she kept it. She [UI 4:40-5:10]. I told her, I said, listen to me, she can't have a boyfriend [UI]. It will get me in trouble. So I say [UI from 5:19-5:50].

JC: Sorry – can you, I'm having a hard time hearing.

EA: Because of the [UI from 5:54-6:10].

JC: Could you have said no to the marriage?

EA: Huh?

62
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: Could you have said no to the marriage? Did she require your permission to get married?

EA: Um, she [UI] you couldn't, as the father, um, I'm trying to remember Islamic law. I think I could stop it and say no.

JC: You could have said no?

EA: Yeah, yeah. Yeah. But there's always ways around it though, but, um. The reason I didn't say no is I, I [UI] I didn't want to. You know – because you know from experience, [UI] you have your wife and [UI] you go home and [UI] the young people and, she was very much into, into Nema. She's uh, [UI] you know Nema. She's very secretive. She don't talk much. And she, if she wants something, it's hers.

JC: So when you found out that she liked Abdul Abdallah [PH], you of course wanted learn more about this man, right? What, what did you learn about him?

EA: I went and see him and talked to him. I [UI] information.

JC: Like what?

EA: He's um, at that time he was studying. He was studying, um, [UI from 7:40-7:50]. Even after he and Nema get together [UI from 7:52-7:57].

JC: Where, where was he studying to be a doctor?

EA: [UI from 8:00-8:14].

JC: So, uh, what other qualities did you like about Abdul Abdallah [PH]? Did, did, was his position in the Islamic State to be a student? Or did he have another position as part of…

EA: [UI from 8:28-8:50].

JC: Was his understanding of Islam in accordance with what you liked?

EA: Yes, yeah, yeah. It was more than I discussed. Of course everyone things that you don't want to be with. But generally, yeah, he was um, good [UI].

JC: How old was he when they, uh, got married?

63
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: [UI from 9:15-9:22] pretty much around that age.

JC: And after they got married, um, did Nema go to live with him?

EA: I gave her the option that she could stay there, because, she stayed there sometimes. And, uh, she would go with him sometimes. She said she wanted to stay with him.

JC: She-she stayed with him?

EA: Yeah.

JC: Right.

EA: In the beginning she stayed sometimes with us, uh, but yeah. Sometimes. I'm not going to get involved with [UI].

JC: Do remember about how much time it was after they got married before you got your grandson?

EA: I guess I would say a year.

JC: Yeah. Those things tend to happen quickly.

EA: Huh?

JC: I said those things tend to happen quickly. You know, the babies, and the grandbabies come quickly after marries. I can speak for myself.

EA: Yeah. [UI].

JC: Yeah. How- did she seem happy with him? With Abdullah [PH]? With Abdul Abdullah [PH]?

EA: Yeah. [UI]. Nema you know she likes to be in charge.

JC: She- Nema likes to be in charge?

EA: Yeah. I used to be, I used to be [UI]. Because she would [UI].

64
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: So did they stay close to you the whole time?

EA: Her mother understand [UI]. She reminded Nema. She [UI] so much [UI from 10:43-10:46]. Yeah, so this I was happy for her of course. But I was, I was not [UI] he was like [UI from 10:53-58].

JC: So you-you, sorry go ahead.

SK: Did you meet Nema's, um, Nema's husband's parents?

EA: [UI]?

SK: Yeah.

EA: No, no.

SK: No? You never met –

EA: [UI] [OV with SK].

JC: They're in England.

EA: [UI].

SK: Oh, they're in England.

EA: They're in England.

SK: Okay.

EA: Yeah. But she [UI].

JC: So, this is something you'll be interested in. Uh, Nema has been in close contact with, um, Abdul Abdullah's [PH] parents. They've, uh, helped her by providing.

EA: [UI]?

JC: Yes, yes in England.

65
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: But she used to communicate to them even in ISIS.

SK: Okay.

EA: Yeah.

JC: That's – they sent her a phone? Uh, because when she came to the United States she didn't have a phone. She didn't have hardly anything, and uh, so they sent her a phone. And they, face-, you know they talk each other, face-to-face over the phone, um, many times. I can't remember…

EA: [UI].

JC: I think they may have come to visit. I can't, I can't be sure, but I think they've come to visit to see her and little Abdullah. They're, they're very close they talk a lot.

EA: So when I [UI] I saw good things I liked. He's very [UI from 12:13-12:22]. He was very educated, so I was very impressed. Even I talked to the guy who's teaching him [UI] a friend of mine, he's from, um, South Africa. He's a guy name, uh [UI], he couldn't stop, uh, saying nice things about him.

JC: So let me ask you, going back to when the relationship started, given that Nema walked around covered up all the time, right? How did it come to pass, uh, that Abdullah [PH], excuse me, Abdul Abdullah [PH], and Nema started the relationship in the first place? The boyfriend and girlfriend. Like how did he choose her out of any of the other?

EA: [UI from 13:01-13:10].

JC: Oh he, like likes him.

EA: Yeah.

JC: Yeah.

EA: So, um, this [UI] they exchange photos.

JC: They exchanged photographs?

EA: On the phone.

66
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: Oh, on the phone.

EA: Yeah.

JC: So he had a phone, she had a phone.

EA: This is when I investigated a lot [UI].

JC: Uh huh.

EA: And I told him anymore of the time I was around there [UI from 13:41-13:46].

JC: How-how did they get each other's phone numbers?

EA: [UI].

JC: Okay. So, when-when you found out that –

EA: [UI].

JC: When you found out that you were left out of all this in the beginning were you angry? What was your response?

EA: That it, it was wrong. [UI] all the kids do, they were joking and making fun about it. Um, but I was um, you know I was [UI]. But [UI from 14:12-14:16]. Nema didn't like it [UI] because she would be like treated, you know like this. [UI] said that um she wanted the best for her.

JC: Yeah, but in the end once you got to know Abdul Abdullah [PH], and got to know what he was like and then his education, you approved, right?

EA: I mean uh, you know, it was what it was at that point, is was too far. And they had a relationship. I guess, I guess, [UI].

JC: Was there a ceremony?

UM: [UI]

JC: Was there a ceremony?

67
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Was there a ceremony, they [UI].

JC: Who signs, who signs the paper?

EA: They both did. You just have to go to, to this like office. You sign the paper and then what happened is, um, [UI] they take you to do the paperwork and [UI from 15:03-15:10].

JC: Did you as the –

EA: [UI].

JC: Did you as the father have to sign the paper, too?

EA: No. [UI].

JC: Yeah, that makes sense.

EA: Yeah, yeah. [UI].

JC: Yeah. Did you want to-

SK: Did he give you anything in return?

EA: [UI]?

SK: He didn't give you any money or food or?

JC: Like a dowry or anything like that?

EA: It's not like [UI] something. And um…

JC: Oh he's supposed to give her something?

EA: And this is, [UI from 15:46-15:51] agreed on with them, I didn't even know, so um. So they had an agreement [UI from 16:00-16:06].

JC: Did you want to ask any more about that? [Pause] So, uh, moving on. When, you know, after you, after you, uh, got your discharge, right? From the katiba [PH], uh. First of all, you know in

68
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

the katiba [PH] you had an ID card, right? An ID card was issued for the katiba [PH]. Once you were discharged from the katiba [PH], did you lose your ID card?

EA: No they, they give it to me but it don't last long. Usually like three months or something like this.

JC: So you have to continually renew it [OV with EA]

EA: [UI] it used to be, uh, longer. But now they made it like, uh, they made uh one month or two months [UI from 16:46-52] this time they make it like six months [UI]. What they did is, um, when they discharge you they give you a paper, and tell you [UI]. And they would reassign you.

JC: Okay.

EA: [UI].

JC: So when you were in the katiba [PH] did you receive a stipend for your family and you? How much was the stipend?

EA: Um, I think it was only like about [UI].

JC: 200 U.S. dollars?

EA: Yeah, what happened is uh, [UI from 17:19-17:24] –

JC: I-I, I'm sorry –

EA: I think I was given 35 dollars.

JC: 35 dollars per adult?

EA: Month. Per month. And the children, um, the children was like, um [UI].

JC: Per child?

EA: Yeah [UI from 17:40-17:48].

JC: Oh, oh so like a one-time lump sum for you when you finished your training?

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: They give you [UI] when you go to the training [UI].

JC: I see, yeah.

EA: [UI from 17:57-18:03].

JC: Did you keep your stipend after you were discharged from the battalion?

EA: [UI].

JC: Did you ever get that back again?

EA: Uh, no. I was, I was always doing something like, uh, buying or selling something.

JC: Okay, so, when you left the battalion, what did you do next? Did you immediately open a shop somewhere, or?

EA: [UI from 18:26-18:33] buying and selling or, I get, I get a car [UI from 18:37-18:50].

JC: I'm sorry, could you –

EA: I sold used clothing.

JC: A used toilet?

EA: Used clothing.

JC: Oh, used clothing.

EA: Shoes, uh sneakers and all that. The Syrians they don't know the name brands.

JC: Oh.

EA: That's why I go through them and get the name brands. And buy cheap from them. And the [UI from 19:07-19:11].

JC: The people that know.

EA: Yes.

70
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


JC: Smart.

EA: Yes.

JC: Yeah.

EA: So I used to [UI] but after the Syrians got smart, and they learned what we, what we like.

JC: How long were you in Rocca [UI]? How long were you in Rocca [UI] from when to when? Like, from what month, and year to what month and year?

EA: I think like uh, um, like, we came back March, few months [UI].

JC: June?

EA: June, July.

JC: Mmhmm.

EA: And um, we finish our training like September, October. Um, so like, and then after [UI].

JC: [UI] you'll be 20-

EA: [UI].

JC: It should be 2016, right? Becase you got to Syria in 2015?

EA: Yeah.

JC: So, the next year you were in Rocca [PH]? 2016?

EA: Yeah, and then after the [UI].

JC: So how long were in Rocca [PH], when, when did Rocca [PH] start to get bad? When did you leave?

EA: [UI from 20:15-34].

71
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: So in Rocca [PH], you were, buying clothes, uh, buying good name brand clothes and reselling it Westerners for a higher price? Did you do this out of your house? Or did you have a shop?

EA: No, no. This happened when people would know I was there. It was like, uh, anything like attachments for weapons I would try to get.

JC: Attachments for like scopes?

EA: Yeah. Anything like that, that [UI]. What they liked. Anything they don't want, Chinese. [UI].

JC: So what all, what all kinds of things would you buy and sell? So, clothing, scopes…

EA: Cars, motorbikes.

JC: Cars?

EA: Motorbikes.

JC: Motorbikes?

EA: Yeah. [UI from 21:21-21:57].

JC: Would you do the work at your house on the cars and the weapons? Did, would you work at your house or did you have a shop.

EA: Not like that. I take it to people who I think [UI]. [UI from 22:08-22:27].
JC: How did people know to go to you to buy things? Were you just well known as someone, was it word of mouth? How, how did people know to come to you to buy a car or a bike or a scope?

EA: I think it was just uh word of mouth [UI from 22:40-22:48] too expensive, can you reduce the price? And [UI from 22:49-23:02].

JC: What about weapons? There had to be a really good weapons market, right? Like, what, what kind of guns did people like to buy and sell?

72
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Well again, um, the foreigners like, uh, fancy weapons. The [UI] were, there was people who was in this business, uh, [UI from 23:16-23:21] good weapons and like, uh there was one guy in [UI].

JC: I'm sorry who?

EA: There was one South African guy. We called him Abu Akhman [PH].

JC: Abu Akhman [PH]?

EA: Yeah, he used to repair weapons, the weapons. He was like the weapons guy. So it was hard, it was hard to get, you know, good weapons [UI] to sell the stuff. This [UI] if someone needs money, quick, for something that they've got [UI]. But even then you have to be careful because, um, some people would take the weapons from, uh, from ISIS, and sell it. Then you get [UI].

JC: Oh, so. If someone was issued a weapon from training, and if they sold it to you, then you could get in trouble for having that weapon that was issued to them? How did you avoid getting in trouble?

EA: You have to be very careful, because, they, they were very [UI] on this. And then eventually we made a [UI from 24:16-24:30].

JC: What were some of the like, most desired weapons that you sold? Like what brands?

EA: Uh, well the thing that everybody would want is like, uh, like what [UI] a Glock.

JC: A Glock.

EA: Or like, uh, if you [UI from 24:46-24:51] these are the type of things.

JC: Yeah.

EA: Or like uh, the best scope they had was like a Bushnell [PH] or something like this. And this was like [UI]. The people who was doing this business, and, when, when they were [UI from 25:06-25:15] someone that was killed. His wife, he has these things. That's why [UI]. Sometimes she don't know the value, so you make her an offer, [UI from 25:24-25:30].

JC: How much money do you think you made? Talking about, you know, buying things and then reselling them.

73
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: It's hard to tell because I was [UI from 25:36-25:40]. We were a used business. We wouldn't like [UI from 25:41-25:01].

JC: Yeah.

EA: Yeah. [UI from 26:05-26:08]. In some place, uh, it's hard to tell. Because sometimes you go like, uh, a whole two weeks, you didn't sell nothing. But sometimes you would just like, you know. You get something like you sell and you make $50.

JC: Were –

EA: It's a lot of money there.

JC: Oh, oh yeah in, Syria yeah.

SK: Okay, okay. What was like the highest amount that you ever sold anything for there? What was your highest transaction?

EA: Hard to say.

SK: 50?

EA: 50, and [UI]?

SK: Yeah.

EA: [UI]. I did some bad things, too. [UI from 26:43-26:48].

JC: I'm, I'm sorry, I'm having a hard time hearing.

EA: Like, [UI] cars, you know. Cars is something you know, people don't know how hard something [UI]. You know? I try to be a good [UI from 26:56-27:09].

SK: 200?

EA: Yeah.

SK: Yeah.

74
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: How much would a Glock sell for over there?

EA: Over there, in the, in the, in the [UI] times, these Glocks would sell like, uh, 2,000 bucks.

JC: $2,000!

EA: Yeah, like.

JC: Wow! How much, did it get more expensive over time?

EA: [UI].

JC: Oh, wow. So who's –

EA: I think it was, uh, [UI from 27:34-27:37] everything was then normal price.

JC: Who could afford a $2,000 Glock? Were there soldiers that could afford that?

EA: [UI from 27:43-27:48].

JC: Wow.

EA: And some of them, it was [UI from 27:50-28:10].

JC: Wow. [Laughter] Yeah.

SK: How many-

EA: [UI from 28:13-28:30].

SK: How many guns or gun parts did you buy and sell?

EA: Not too many because, um, this guy [UI] –

SK: Give me an estimate.

EA: [UI]? Let's see, maybe, um. If, if I had to guess, maybe four or five.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

SK: Oh, okay.

EA: But, um, this guy, [UI] he didn't like it.

JC: I'm sorry say that again.

EA: So this guy [UI] he didn't like [UI].

JC: He would [OV with SK] the deals?

EA: He [UI from 28:59-29:06]. He had a place where he was repairing the stuff, so [UI].

SK: He'd sell it for pretty cheap and get a lot of business.

EA: Yeah, yeah, he had, uh, he had a lot of, uh, uh [UI].

SK: Yeah.

EA: [UI from 29:20-29:27].

JC: Was there, uh, a consistent supplier that you had? Someone that you would go to consistently to buy cheap goods and then resell them higher? Just whoever you found?

EA: Yeah.

JC: That had things?

EA: Yes.

JC: So after you left Rocca [PH], uh, where did you go next?

EA: Uh, [UI from 29:43-29:49].

JC: Were you able to keep doing the same thing there?

EA: There it was, there it was a little hard. Because [UI from 29:54-30:26] get scarce, I tell them, we should raise the price now. So I started [UI from 30:32-30:37] to buy some stuff. [UI from 30:38-30:48].

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: Yeah. At what point could you no longer operate business anymore? At what point did things get so bad in Syria that you couldn't operate your business anymore.

EA: They didn't have anything to sell.

JC: I'm sorry.

EA: They didn't have anything to sell. There was nothing. The people was, uh, [UI from 31:07-31:15].

JC: At-at what point was that? Like, what-

EA: This was like, uh, I would say, maybe happen a year before, uh, before the end.

JC: Mmhmm.

EA: And, [UI] getting down to the, uh, like the last, maybe two months [UI]. If you had something maybe you could exchange for something.

JC: So I'm asking, at what, was there any point that…

EA: [UI from 31:42-31:49] 10,000 Syrian lira used to be 3,000.

JC: Yeah.

EA: [UI].

JC: Mmhmm. So, when, uh, near the end, near Bagdhu's [PH], um, Islam was starting to get to that age where they would have required him to be involved. Did they ever, did Islam ever, you know, have to go out with the katiba [PH]? Did he have to go to training? Anything like that?

EA: So it was uh, wasn't [UI], it was just [UI].

JC: Did he ever get caught up in anything?

EA: Well he's young of course, well I mean. Caught up in, uh, in uh, [UI] we had to leave when [UI].

JC: The bike broke down.

77
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: Yeah, he, um, it was my bike and he had it and he was riding crazy [UI]. So if he broke something I told him, I said, go over to [UI] and we have to leave because [UI from 32:32-32:59].

JC: How, how did he get out?

EA: He [UI] his brother.

JC: He was with Jihad?

EA: Yeah. He stayed with them and [UI].

JC: How, how did they get out then?

EA: [UI].

JC: I'm-I'm sorry-

EA: They made a deal, like [UI], after, after some type of discipline they made a deal, so that they could [UI]. This was, uh, this was [UI from 33:21-33:46].

JC: I forget what, what my next question was. Do you have anything?

SK: No. [UI].

EA: The last, the last year, I say was just [UI].

SK: Yeah.

EA: You move some place, and [UI from 34:02-34:49] the housing was so hard. Every time it got harder. You couldn't find anywhere to live.

JC: Yeah.

EA: Yeah. Yeah, we had to just sleep in the cards, sleep, [UI]. Sometime you know, you get somewhere to stay overnight, you go the next day, you, you break open some house, you have some with people [UI]. The last year it was one place to the next. One [UI].

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: Yeah.

EA: It was very different. [UI].

JC: I'm sorry say that again.

EA: Each step it got worse.

 JC: Each step it got worse.

SK: Yeah. Really deteriorated, deteriorated quickly, yeah? So we know from what Jihad had told us, told the other Jason before, he saw some pretty good action at one point. He saw, he was in a fight. In a firefight. When you heard about that, what was your reaction?

EA: Jihad, I didn't really know. I [UI]. I never really followed up with him. Because I, I, [UI] if you're asking me to tell you that, I think that pushed him away. [UI] make my decision I guess [UI]. So I [UI] from time to time people would say what Jihad is –

SK: Did he tell you? Did he tell you personally?

EA: [UI]. I guess I would see him come to the house [UI] if I opened the door. Uh –

UM: [UI]

EA: [UI] spend time with them. He would stop to come see his brothers and sisters. Nema, she loved him. She was always [UI] to him. He would come and [UI from 36:34-36:40]. Me? I-I, he don't want to listen, I [UI from 36:45-36:48].
JC: One more and then I want to get to the letter, maybe?

SK: And the photos?

JC: Yeah, yeah. Um, so you were saying earlier about people would like send money, so, when people send money from Trinidad, how-how did that go through. If you wanted to receive money, because you did receive money from, some assets that you sold that you put in control from, you know people in Trinidad, you said.

EA: [UI].

JC: How-how, how was that money sent to you?

79
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: I didn't receive [UI] I receive my money [UI]. But, um, the people in Trinidad [UI]. I think they, they claim ownership, for everything.

JC: So they never sent you your money?

EA: I got [UI].

SK: Didn't you have a taxi?

EA: What?

SK & JC: Taxi?

EA: Uh, like that worked? I had like a, [UI] I would give [UI] people, I give them the, the vehicle. I said pay me every month. Like this. And some people [UI] and then they knew I wasn't there, they'd stop paying. Sometimes the money came I didn't [UI] or we had to use the [UI]. So it-

JC: So, who did, who did you tell to do this? Who was supposed to send you the money?

EA: [UI], um and he [UI] send me someone.

JC: Who? Who?

EA: It was um-

JC: Who?

EA: There was one guy named, uh, Cursy [PH].

JC: Cursy [PH], who is he? What's his real name?

EA: Um, [UI from 38:13-38:25]. But he, I give him some of my good business because he's [UI].

SK: Where does he live in Trinidad?

EA: [Pause from 38:32-38:35] Diego Martin.

80
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


JC: Diego Martin?

EA: Yeah.

JC: And you don't know –

EA: [UI] he came up here in, um, 2017. That is when it, it stopped. We had people was uh assisting him and stuff and I think these people they, [UI from 38:50-39:01] there's people here that will give you, um, a name. And, um, you have to say like Emraan [UI] express –

SK: Mmhmm.

EA: [UI] from Trinidad they had [UI from 39:08-39:14] so you couldn't get much money. And, um, and um [UI from 39:19-29:] and then the guy here would give you the [UI] he would charge you. He would charge you like 10 percent [UI]. So you lose a [UI]. Of course if you bring Trinidad [UI] you, you have 100,000, Trinidadian you get [UI]-

JC: Yeah.

EA: [UI] you maybe get $50.

JC: Fifty- did you every act as this intermediary? Did people ever send to you to give to someone else?

EA: No. No I didn't. [UI from 39:51-40:04] this is the name-

JC: So who-who who is the name for you? Like, if someone wanted to send you like a cosi [PH] to send money to you, who would he send money to, to then get to you?

EA: [UI] guy every time, he give you a new name.

JC: A different name every time? Do you remember any of the names?

EA: Let me see. Arab names, uh, Turkish names. And, um, [UI] Arabic [UI].

JC: I was thinking about earlier, you were talking about the Glock that you sold for $2,000, which just blows my mind. I wish I could sell a Glock for $2,000!

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: I-I-I-I-

JC: Yeah, yeah, no, yeah. You sold it.

EA: This is more for, uh-

JC: Oh, excuse me.

EA: Yeah, yeah.

JC: Oh.

EA: But this, [UI].

JC: I see.

EA: Yeah.

JC: Uh, what, did-did you ever-

EA: [UI] $500 or something.

JC: Yeah, yeah.

EA: Yeah.

JC: Did you ever get a good gun for Jihad or for yourself or anything like that?

EA: No, uh, I had at one time a good weapon [UI] myself, and uh, Jihad [UI].

JC: What was it?

EA: [UI] it's uh, [pause], old style [UI].

JC: It was a rifle?

EA: Yeah. Old style rifle. But it was nice. And, um [UI from 41:23-41:38].

JC: How much just Jihad owe you for that rifle? [OV with EA]

82
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: - [UI] they took the weapon and then Jihad said don't take my weapon, I need it. But they wouldn't give it.

JC: How much would it have sold for?

EA: $1500.

JC: $1500?

SK: Wow. Wow.

JC: Yeah. Hey, Emraan, um –

SK: What is it?

EA: Probably about $1500.

SK: Do you to open this?

JC: Yeah. No, no, no, the uh. Uh, yeah. N-no-no we'll just show him some pictures. We've got a couple pictures to show you.

SK: Just one, really.

JC: Uh, you've got one and I've got one.

SK: Oh, got it.

JC: We just want you to know if you know who these people are.

SK: You recognize him? [Pause from 42:15-42:20] You can hold it, sorry. [Pause from 42:21-42:33].

JC: Yeah, yeah. [UI] just of her.

SK: Oh, okay.

JC: Uh, yeah. That [UI].

83
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: I'm trying to remember who this is, but um, but noth-nothing, uh, ISIS. [UI] [Pause from 42:44-42:49]. [UI from 42:50-42:54].

JC: You don't know? I've got, one more picture here to show you.

SK: That's um, that's him right now.

JC: Okay.

SK: Um, hold on. [Pause] I'm going to have you write [Pause from 43:07-43:18]. Just write 'no' if you do not recognize them, write 'no', and just write your name. [Pause from 43:26-38]. Okay, no problem.

EA: [UI from 43:39-43:42].

SK: Yeah.

EA: [UI]?

SK: Either. [Pause from 43:48-43:54] Okay.

JC: Alright, and then, this is on my phone so it might be hard to see. Do you know who this person is? [Pause from 44:00-44:09].

EA: I think, I think, uh in the ISIS. I'm not sure. But, uh, the one guy, uh with the beard, he looks [UI]. But if I had to guess, [UI] I can see, it would look like it's someone named, uh, Abu, uh, Abu [UI].

JC: Can you say that again?

EA: Someone named Abu Radwan [PH]. He looks like him.

JC: Abu Radwan [PH]?

EA: Yeah.

JC: Where would you know him from?

84
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Uh, I-I see that he used to be in, uh, ISIS.

JC: You don't remember where you saw him though, or?

EA: [UI]?

JC: From-from what, like, from where you recognize him? Was he on-

EA: If, if that's him, that's the closest person. [Pause] [UI] it's hard, to uh, uh [UI] because, uh, I think he has a long beard. Uh, if that, that's him. Yeah. He was in, um, well, the last time I see him, was in [UI], um six months.

JC: Did he speak English?

EA: Yeah. He spoke perfect English.

JC: Perfect English?

EA: Yeah.

JC: Do you know where he's from?

EA: [UI].

JC: Yeah.

EA: [UI]?

JC: Do you know where he's from.

EA: He's uh, he might be, [UI] um, Somalia.

JC: Somalia?

EA: And Kenya. And he used to be [UI].

JC: Do you know if he's, do you know if he's [OV with EA]-

85
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: He came from the UK, and um, America and Canada and stuff. The, the Somalians and um, they speak [UI].

JC: Do you know if he's still alive?

EA: I did see him. The last time I saw him was, like, before Bagdhu [PH] so –

JC: Before Bagdhu? So you don't know if he-

EA: [UI].

JC: You're talking about if he died you didn't hear about it? Okay, thank you.

SK: Okay. Sorry, real quick. I know you said you didn't recognize- I know you said you didn't recognize the photo. I'm going to say his name, and see if you recognize the name.

EA: Okay.

SK: Abu Abdallah Al Amaki [PH]

EA: No.

SK: No? Okay.

EA: I would tell you if I did.

SK: Okay.

JC: Alright. I know I said two, but I might have one more here for you, hold on. Sorry.

EA: It's okay, you guys [UI from 46:24-46:28]. [Pause from 46:28-33].

JC: Do you know who this person is? Or either of these? [Pause from 46:36-46:43]

EA: [UI], no?

JC: Yes.

EA: Uh, no.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


JC: No? Okay, thank you. Um, so, we, uh, told you that, you know we've spoken to Nema several times. The last time I talked to her, I told her that I was going to be seeing you soon. And I asked if she wanted to write you a letter, and she did. This is a letter to you from Nema. Do you want to open it? She also sent you photos. [Pause]. Take, no- take your time. Yeah, I can't let you keep them, so, I want you, I want you to read them now.

EA: [UI]?

SK: Yeah, you can't keep- [OV with EA]

EA: [UI] can give it back, and [UI]?

SK: You have to give them back, but-

EA: [UI] almost a year and a half. [UI] But know it makes me happy when you say you she keeps in touch with his family. [UI], because I-I don't want the child growing up [UI].

JC: Here, you can hold it. I think it's actually two pages.

EA: [UI] [Pause from 47:57-48:32]

SK: [UI], okay.

EA: [UI] I am devastated. I am devastated [UI] right now. I miss my whole life [UI].

JC: Have you seen that one?

EA: My whole life I tried-

JC: Are they, are they the same?

EA: To give them the best I could to them, and treat them the best-

SK: Yeah.

EA: And, I-I feel I [UI from, 48:50-49:16]. This is my wife's sister, uh, uh, [UI] the whole family [UI from 49:20-49:30] [Pause from 49:30-49:37] [UI from 49:37-49:42].

87
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: That-that's your wife and the baby? Oh, yeah, yeah it is.

EA: [UI]. This, is the twins [UI], it's when they was babies.

SK: Yeah.

EA: They was like three years old.

SK: Uh huh.

EA: One of them got killed in, [UI] the bombs. My wife died when [UI from 49:58-50:03] she got shot in the leg, um [UI from 50:05-51:35]. I tried my best to take care of them, you know. [UI from 51:37-52:19].

JC: If you [UI] there's a letter on the back. If you need me to read any of this, I'll read it for you. [Pause from 52:23-54:27] Sean – [UI] he wants to write a letter to [UI].

SK: Mmhmm. Yeah, you just have to sit right there, sit right there and watch him. [UI].

JC: Yeah. [Pause from 54:39-58:42]

EA: [UI from 58:42-58:45].

SK: What?

EA: What is it, that she understand that I-I [UI]? She [UI] hold it against me, like I [UI], but, um, I [UI]. I'm very impressed that she understands. Because I can't really respond [UI]. So, um, [UI].

JC: Emraan, if you want to write her a letter, right now, I'll make sure that she gets it. Is that something you want to do?

EA: [UI] for like three or four years and –

JC: She-

EA: [UI].

JC: Your-your-your daughter misses you. She would love to have even the smallest letter.

88
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: Do you think I'm I'll have access to a phone or something?

JC: You will. Yep, you will.

EA: I-I-I try to get, the only thing I have [UI], if I can get one name of anyone maybe I could [UI]. You guys can ask Nema?

JC: Yep. I-I-I can ask Nema if she wants to give you her number or if she wants to call you. Yeah, okay.

EA: And I can [UI] at least [UI]. But then so I will have access to, to a phone?

JC: You will. Yeah. I mean you won't have one-

SK: Not right away.

JC: -with you. But eventually you will get to make a call.

SK: Yeah, not right away, but eventually.

EA: What do you mean like cell phone? Because like-

SK: No. What will most likely happen is that you will be able to communicate through your attorney to your family. Once you get assigned an attorney they'll be able to answer some of those questions for you and connect you with your family.

EA: [UI from 1:00:25-1:00:29]. Um, a business man. He used to do business with me. Um. Um, construction. Yeah I worked with him in Trinidad and [UI]. And, um, I was thinking if I could get in touch with him until the rest is figured out.

JC: What-what is his name?

EA: Abdul Ali [PH] his real name is- what's his real name? What's his real name? Um, maybe it's um, [UI], Abdul Ali.

SK: Think about it.

EA: You tell Nema Abdul Ali, she will know [UI].

89
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


JC: Okay.

EA: Um, uh. If I can get in touch with him maybe he [UI]. Because, he, he used to be very good. [UI] take contracts in New York City. Construction. He [UI from 1:01:19-1:01:26].

JC: Okay.

EA: So, they [UI]. So, but we was good friends. He's from Trinidad. And I know [UI]. If I need something more he always help me.

JC: Well we're going- [OV with SK]

SK: Again, Again, this will be something that you'll be able to work with your, your representation, your attorney. You'll be able to work with that person. It may be a female it may be a male. And you can tell them all this and they'll, they'll obviously represent you, work on behalf of you. And, um, they'll talk about your case and that sort of thing.

EA: What I'm saying is because I [UI from 1:02:03-1:02:14] professional, you have experience-

SK: Yeah.

EA: You have someone with [UI] experience, you have someone that, that is a good lawyer, attorney. And, [UI]. So I will list him in case [UI].

SK: So again, I'm not going to agree or deny that statement. Um. Once you get appointed, if you get appointed a public defender, talk with them. Express these feelings to them. And they'll be able to help you possibly move in a different direction if you don't want to stay with them.

EA: [UI].

SK: Because we can't. We're not going to offer you legal advice. You know we can't do that, that's not our role, yeah.

EA: My problem is like, I don't know how to get in touch with her. And I don't know [UI from 1:03:02-1:03:06].

JC: Your-your initial public defender that you're assigned-

90
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

EA: Yeah.

JC: Will be able to help you get to that if that's what you want.

EA: [UI from 1:03:13-1:03:22].

JC: Yeah. Um, Mr. Ali, we're going to finish this up for now.

EA: [UI].

JC: Um, do you want anything to drink? Uh, or a small snack?

EA: You guys [UI from 1:03:33-1:03:48] water and the banana, the banana is good for me.

JC: Yeah.

EA: [UI].

JC: Yeah, the banana there. Yeah.

EA: And other than that, [UI].

JC: Excellent.

EA: [UI]

JC: Yeah, yeah.

SK: So, what I'm going to do is, I'm going to put this to your ankle so you'll have movement to lay down. And then you'll also have movement and you can walk there and sit down there. Okay?

EA: This is, this is a big [UI].

SK: This a good [UI]

EA: [UI] I don't want to ask too much.

UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

JC: No! You're good, you're not asking too much. We want you to be comfortable. You still got a long time to be in the plane.

SK: Yeah, we got, probably half.

EA: How long is the time?

JC: Oh my god. We've probably got 16 more hours, yeah at least. Oh, I'm sorry let me get that for you.

SK: Yeah, it's pretty far.

EA: Um, we used to [UI], and the people there, the people they, you have no right to treat you like that way.

SK: I know.

EA: [UI] and-and I understand what you say, just like a [UI]. I don't know [UI]. I cannot stand the language, and [UI] very, very hard.

JC: Yeah.

EA: [UI from 1:04:54-1:05:05][Background noise].

SK: [UI].

EA: [UI].

SK: Yeah, no, you-you're-

JC: Emraan, it was good talking to you. We'll, talk, we'll talk again. We'll see you again.

EA: And forgive me if I said something that offended you guys.

JC: You didn't.

EA: I didn't mean to.

JC: It was a real pleasure to talk to you and I mean that sincerely.

92
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:


EA: If I'm being honest with you, I'm trying to be, uh, as open as possible with you guys.

SK: Okay.

EA: And um, you know, but, I-I, I don't want to say something that would put me in a bad situation. But I'm trying to be as honest and, and truthful with you guys. What I don't [UI] say something that will put in a worse situation than I'm in already. [UI].

SK: Yeah.

EA: I'm trying my best, uh, to, but I don't want, I-I don't remember lying to you guys. I didn't remember lying to you guys. I didn't tell you, but I don't want to [UI], you know, something that will end up making things worse me.

JC: I understand.

EA: So, I'm trying to, I'm trying to be as [UI] because you guys, from what I see from you guys, you're being sincere with me and honest, and I just, only deserve the same.

SK: Alright, Emraan. I'm going to put your mask back up for you [UI][Background noise]. Yup. Going to put these back on.

EA: [UI]. [Pause from 1:06:17-1:06:28]

SK: Okay, and then you can just lay back and we're going to dim the lights, okay? Get some sleep.

EA: [UI].

SK: Yup.

EA: [UI].

SK: Okay. [Loud noise] Okay.

**[End of Part 3 Recording 01:06:40; End of Verbatim Transcription]**


93
UNCLASSIFIED

UNCLASSIFIED

Case Number:
Task/Disk Number:

UNCLASSIFIED