UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 21CR20123-BB

UNITED STATES OF AMERICA,
        *Plaintiff,*

vs.

EMRAAN ALI,
        *Defendant.*

_____/

## AFFIDAVIT OF EMRAAN ALI

As I, Emraan Ali, was in prison cells with no sunlight and often no routine of meals, the time periods I describe in this document are often my best guess. The information laid out in this affidavit is from my personal knowledge.

1. I am 55 years of age. In March 2019, I and my family surrendered to SDF near Baghuz, Syria, and were interviewed on video by members of the U.S. Department of Defense near Tanak Oil Field, Syria. Initially, we were held in custody for about twelve days at or near the US base in Tanak. We were taken to a room approximately 12x12 feet that was used for storage at the checkpoint. There was no toilet, sink, or light, and we stayed there for twelve days. Thereafter, they were taken to the Omar prison for three days.

2. The drive to Omar prison was approximately five minutes away, and once we arrived, I was met with a scene of horror. I saw people with wounds that were rotting with worms. I also witnessed the noise of constant screaming all day and night at the prison, from people who were wounded and received no help. After Omar Prison we were moved to Shaddadi Prison where we stayed for three months.

3. When loading us in the truck a guard grabbed my beard and started beating me. After a while, another guard said to him "they are Americans leave them", at Shaddai they put us in a room approximately 25x12 with about 60 people, 1 toilet, 1 sink, no windows, an exhaust wall fan, and power was supplied by a generator. It was cut off sometimes for fuel so people would faint for lack of air to breathe. Some they would take to get fresh air and return but some disappeared. The (U.S) would interview the people and the ones that don't cooperate would be taken out late at night and beaten with a cable, waterboarding, or electric shock. Some return in bad conditions, and some disappeared. Islam was separated from us for approximately 1 month. There, they beat him several times that he broke out with boils and rashes all over his body. When we were interviewed by (U.S) and complained and he was returned with us, the room was infested with lice and bugs. We all got scabies and boils. For the entire time in the prisons, we only had 1 pair of pants, 1 shirt, and no toothbrush or toothpaste (for 1 and a half years). At times there was no water for 3

days and when water came it came for only 20 minutes. The rooms had no window and whenever they moved you, we were blindfolded and cuffed.

4. We were blindfolded and handcuffed, as soon as we arrived, approximately 110 people started beating everyone with pipes, gun butts, and cables. While in cuffs and blindfolded, they would hit me about 5 times and I fell down, pretended I was dying, and I am old, so I asked for help. The ones that were younger and stronger were beaten badly. They put 55 of us in a basement room approximately 25x20 with no ventilation except two 6x6 holes on the top of the wall that was above the ground level. We started getting hot and sweaty and it was hard to breathe. The floor got wet, and moisture started dripping from the ceiling and pipes. The air got cloudy and when we asked for help, they threatened us. We managed to survive by taking turns to fan. No one could sleep that night and in the morning, we decided to bang on the door and face the consequences because if not we were going to die. When the guards came, they were armed with instruments of torture. When the guard in charge saw the conditions we were in, they themselves could not breathe and started moving the ones who were in worse condition first. At that time, I was separated from my sons and I found out that they were beaten because they are (u.s). We stayed there for approximately 20 days.

5. When we arrived, they put me and my two sons in the Muffarda (Black Hole). It had no lights and it is a room approximately 20x15 with concrete black small rooms approximately 6x5 on both sides with a steel door. Once a day they would give you food and let you use the toilet. All 3 of us were put in one 6x5 room. I got sick from the lack of air, so they took me out of the small room and into the hall to get some air. The (U.S) interviewed the boys first and then separated us after. They interviewed me for approximately 8 days. I asked for a lawyer, but they said they cannot provide one but if I cooperate, they would be able to help. I said what can I do, I do not have a choice. There we met a guy who did not cooperate, so his brother died, and he is crippled from the beating. His name is Hasan Aiban but we call him "Kossovo". The interview room is set up with cameras. When I read, the interviewer I was speaking with would change up the words and put so many false things. After the interview, I was returned to the black hole. I stayed there for 42 days, and one of the bosses asked the guard why I was still there, and he said they were instructions from the U.S. They had separated the sick people from the greater population who had hepatitis and tuberculosis and put them in the black hole where I was. After approximately 6 months, turkey started bombing the area. We had no food for 2 days. Then, they loaded us in dump trucks and took us to Tabha.

6. We stayed here for approximately 1 week with 120 people in a room with no toilet, no sink, and no windows.

7. My sons were beaten for exercising, we were interviewed by the US 3 times. First, they called me Jihad, so I told them that Islam was with us. They were surprised. After the interview, the guards moved Islam and I did not see him. I learned that he was in the youth prison. During the last interview, they told us we were being processed and told me and Jihad we're going to go to the US. We were taken to the US checkpoint; they removed all our clothes and did a physical. I had a grain of salt for my toothache and some aspirin to thin my blood for my heart condition. Then we were put on the plane and approximately

30 minutes after take-off I was interviewed. I took a break to go to the bathroom and after a few hours they came back and continued.

The preceding is stated under penalty of perjury, I declare and affirm the foregoing is true and correct to the best of my recollection.

Signature of Emraan Ali

Dated   _Ma 27/2023_

State of Florida

County of Miami-Dade

On _March 27_, 2023, before me _Khurrum Wahid_ personally appeared _Emraan Ali_, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed within this instrument and acknowledge to me that they executed the same in their own capacity and that by their signature on the instrument the person executed the instrument.

I certify under penalty of perjury under the laws of the State of Florida that the foregoing paragraph is true and correct.

Witness by my hand and seal.

KHURRUM WAHID
Notary Public · State of Florida
Commission # GG 946533
My Comm. Expires Feb 24, 2024
Bonded through National Notary Assn.