AO 187 (Rev. 11/2002) Exhibit List

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number:  **21-cr-20123-BLOOM**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | | |
| | Plaintiff | |
| v. | | |
| **EMRAAN ALI,** | | |
| | Defendant | |

## GOVERNMENT'S WITNESS LIST
## FOR MARCH 28, 2023 SENTENCING HEARING

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Beth Bloom | Jonathan D. Stratton | Khurrum Wahid |

| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| March 28, 2023 | | Elizabeth Gariazzo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | ISIS Expert Hassan Hassan |
| 2 | | | | | FBI Special Agent Jason Burke |
| 3 | | | | | FBI Special Agent Jason Coffey |
| 4 | | | | | FBI Special Agent Daniel O'Toole |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.