AO 187 (Rev. 11/2002) Exhibit List

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number:   **21-cr-20123-BLOOM**

UNITED STATES OF
AMERICA

Plaintiff

v.

EMRAAN ALI,

Defendant

### GOVERNMENT'S EXHIBIT LIST
### FOR MARCH 28, 2023 SENTENCING HEARING

| PRESIDING JUDGE | | | | | GOVERNMENT'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| The Honorable Beth Bloom | | | | | Jonathan D. Stratton | Khurrum Wahid |

| HEARING DATE | | | | | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|---|---|---|---|
| March 28, 2023 | | | | | | Elizabeth Gariazzo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1AT | | | | | Battlefield Documents; ISIS Guesthouse Logbook (NMEC-2016-117612) (Translated): August 5, 2016; Manbij, Syria; |
| 1AU | | | | | Battlefield Documents; ISIS Guesthouse Logbook (NMEC-2016-117612) (UnTranslated): August 5, 2016; Manbij, Syria; |
| 1BT | | | | | Battlefield Documents; ISIS Arrival Logbook (NMEC-2017-306798): (Translated) April 20, 2017, Raqqa, Syria; |
| 1BU | | | | | Battlefield Documents; ISIS Arrival Logbook (NMEC-2017-306798): (UnTranslated) April 20, 2017, Raqqa, Syria; |
| 1CT | | | | | Battlefield Documents; ISIS Census Coding Spreadsheet (NMEC-2017-104816): (Translated) January 8, 2017,  Mayadin and Raqqa, Syria; |
| 1CU | | | | | Battlefield Documents; ISIS Census Coding Spreadsheet (NMEC-2017-104816): (UnTranslated) January 8, 2017, Mayadin and Raqqa, Syria; |
| 1DT | | | | | Battlefield Documents; ISIS Military Assignment Spreadsheet (NMEC-2018-415610): (Translated) December 13, 2017, Homs Province, Syria; |
| 1DU | | | | | Battlefield Documents; ISIS Military Assignment Spreadsheet (NMEC-2018-415610): (Untranslated) December 13, 2017, Homs Province, Syria; |
| 1ET | | | | | Battlefield Documents; ISIS Military Roster (NMEC-2018-415663): (Translated) December 13, 2017,  Homs Province, Syria |
| 1EU | | | | | Battlefield Documents; ISIS Military Roster (NMEC-2018-415663): (Untranslated) December 13, 2017,  Homs Province, Syria. |
| 2A | | | | | ISIS Propaganda Video, The Flames of War |
| 2B | | | | | ISIS Propaganda Video, The Flames of War (VIDEO) |
| 3 | | | | | Map of Syria |
| 4A | | | | | Emraan Ali Interview (8-8-2019) |
| 4B | | | | | Emraan Ali Interview (8-7-2019) |
| 4C | | | | | Emraan Ali Interview (9-28-2020) |
| 5A | | | | | Jihad Ali Interview (8-6-2019) |
| 5B | | | | | Jihad Ali Interview (8-6-2019) |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of __2__ Pages

AO 187 (Rev. 11/2002) Exhibit List

# UNITED STATES DISTRICT COURT

## Southern District of Florida

Case Number: __21-cr-20123-BLOOM__

**UNITED STATES OF AMERICA**

Plaintiff

v.

**EMRAAN ALI,**

Defendant

### GOVERNMENT'S EXHIBIT LIST
### FOR MARCH 28, 2023 SENTENCING HEARING

| PRESIDING JUDGE | GOVERNMENT'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Beth Bloom | Jonathan D. Stratton | Khurrum Wahid |

| HEARING DATE | COURT REPORTER | COURTROOM DEPUTY |
|---|---|---|
| March 28, 2023 | | Elizabeth Gariazzo |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 5C | | | | | Jihad Ali Interview (8-8-2019) |
| 6A | | | | | SNA Interview (4-20-2019) |
| 6B | | | | | SNA Interview (6-11-2019) |
| 6C | | | | | SNA Interview (6-15-2019) |
| 6D | | | | | SNA Interview (7-11-2019) |
| 7A | | | | | IA Interview (8-4-2019) |
| 7B | | | | | IA Interview (8-17-2019) |
| 8 | | | | | WhatsApp Audio Chats (19 Audios) |
| 9A-9M | | | | | Photos |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.